# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JAMES MICHAEL LEASING CO., LLC,**
                    **Plaintiff,**

     **v.**                                **Case No.  11-C-0747**

**PACCAR INC., d/b/a Kenworth
Truck Company,**
                    **Defendant.**

---

## <u>ORDER</u>

On August 8, 2011, defendant removed this action to federal court, alleging that this court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are diverse and the amount in controversy exceeds $75,000.  I have reviewed the notice of removal to ensure that defendant's jurisdictional allegations are adequate, <u>see</u> <u>Wisconsin Knife Works v. National Metal Crafter</u>, 781 F.2d 1280, 1282 (7th Cir. 1986), and in doing so noticed that defendant has not properly identified the citizenship of the plaintiff, a limited liability company.  The citizenship of a limited liability company is determined by the citizenship of each of its members, <u>Thomas v. Guardsmark, LLC</u>, 487 F.3d 531, 534 (7th Cir. 2007), yet the notice of removal does not identify the members of plaintiff or the citizenship of such members.

**THEREFORE, IT IS ORDERED** that defendant has **14 days** to correct its jurisdictional allegations by filing an amended notice of removal.  If the jurisdictional allegations are not corrected within that time, this case will be remanded to state court.

Dated at Milwaukee, Wisconsin, this 19th day of August, 2011.

/s_____
LYNN ADELMAN
District Judge