UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JAMES MICHAEL LEASING CO., LLC,**
      **Plaintiff,**

  v.                                Case No. 11-C-0747

**PACCAR, INC., d/b/a Kenworth Truck Co.,**
      **Defendant.**

---

## ORDER

**IT IS ORDERED** that the plaintiff shall file its brief regarding post-summary judgment issues by **May 15, 2013**, that the defendant shall file its response brief regarding the same issues by **June 17, 2013**, and that the plaintiff shall file its reply brief by **July 1, 2013**.

Dated at Milwaukee, Wisconsin this 13th day of March 2013.

                                                      s/ Lynn Adelman

                                                      Lynn Adelman
                                                      District Judge