UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAMES MICHAEL LEASING COMPANY, LLC,
a Wisconsin Limited Liability Company,

      Plaintiff,

     vs.                                               Case No. 11-CV-00747

PACCAR INC.,
d/b/a Kenworth Truck Company,
a foreign corporation,

      Defendant.

---

## PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR JUDGMENT AND ATTORNEY FEES PURSUANT TO SEC. 218.0171(7), WIS. STATS.

---

To:    Attorney Jeffrey S. Fertl
         Hinshaw & Culbertson LLP
         100 E. Wisconsin Ave., Suite 2600
         Milwaukee, WI 53202

PLEASE TAKE NOTICE that the plaintiff, James Michael Leasing Company, LLC, by its attorneys, Aiken & Scoptur, S.C., hereby moves the Court, the Honorable Lynn Adelman presiding, for an order awarding judgment and attorney fees to the plaintiff pursuant to sec. 218.0171(7), Wis. Stats.

The Plaintiff's motion is based upon the pleadings and documents already on file with the Court, as well as the Memorandum in Support of Plaintiff's Motion for Judgment and Attorney Fees Pursuant to Sec. 218.0171(7), Wis. Stats., Affidavit of

Vincent P. Megna, Affidavit of Timothy J. Aiken, Affidavit of Lawrence Alan Towers and Affidavit of Todd E. Gadtke submitted herewith.

Dated this 15th day of May, 2013.

Respectfully Submitted,

Attorneys for Plaintiff

By: s/Susan M. Grzeskowiak
TIMOTHY J. AIKEN
State Bar. No. 1015763
VINCENT P. MEGNA
State Bar No. 1013041
SUSAN M. GRZESKOWIAK
State Bar No. 1031586
Aiken & Scoptur, S.C.
2600 N. Mayfair Rd., Suite 1030
Milwaukee, WI 53226
Phone No. (414) 225-0260
Fax No. (414) 225-9666
Email: tim@aikenandscoptur.com
vince@aikenandscoptur.com
susan@aikenandscoptur.com