AIKEN & SCOPTUR, S.C.
2600 NORTH MAYFAIR ROAD
SUITE 1030
MILWAUKEE, WI 53226
Telephone: (414) 225-0260
Facsimile: (414) 225-9666
Email: info@plaintiffslaw.com
www.aikenandscoptur.com

James Michael Leasing Company
N3450 Hwy 14
P.O. Box 717
Darien WI 53114

Attn: Michael Smiley

Page: 1
05/15/2013
Account No: 11732-00
Statement No: 1

EXHIBIT

D

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/08/2011 | | | | | |
| | VPM | Work on outline, check list, prepare for meeting with client | 355.00 | 1.25 | 443.75 |
| | VPM | Meet with client, go through all records, documents, email history, with travel | 355.00 | 4.50 | 1,597.50 |
| | EEK | Review demand/purchase docs; read Church, review Marquez; review client communications with PACCAR | 145.00 | 1.00 | 145.00 |
| | EEK | Meet with clients at Smooth Operators, assist VPM; review documents re: finance/payoff/LL violation/lawsuit | 145.00 | 4.00 | 580.00 |
| 07/11/2011 | | | | | |
| | VPM | Telephone conference with client re: purchase price, FET, email to client | 355.00 | 0.30 | 106.50 |
| | VPM | Review file, work on complaint | 355.00 | 2.40 | 852.00 |
| 07/12/2011 | | | | | |
| | EEK | Prepare draft of summons and complaint | 145.00 | 0.40 | 58.00 |
| | VPM | Telephone conference with client | 355.00 | 0.20 | 71.00 |
| | SMG | Work on pleadings | 310.00 | 1.90 | 589.00 |
| 07/13/2011 | | | | | |
| | VPM | Telephone conference with client; work on final draft of complaint | 355.00 | 0.60 | 213.00 |
| 07/14/2011 | | | | | |
| | EEK | Make changes/revisions to summons and complaint | 145.00 | 0.20 | 29.00 |
| | VPM | Telephone conference with client re: filing suit, strategy (Mike), notes | 355.00 | 0.40 | 142.00 |
| | VPM | Review final draft of Summons and Complaint | 355.00 | 0.25 | 88.75 |
| 07/15/2011 | | | | | |
| | EEK | Letter to client; letter to Dane Co. | 145.00 | 0.40 | 58.00 |
| | VPM | Letter to Dane County | 355.00 | 0.10 | 35.50 |
| 07/20/2011 | | | | | |
| | VPM | Review service materials from Dane County legal, affidavit | 355.00 | 0.20 | 71.00 |

James Michael Leasing Company

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **07/21/2011** | | | | |
| VPM | letter to clerk of court | 355.00 | 0.20 | 71.00 |
| EEK | Letter to Court re: Affidavit of Service | 145.00 | 0.20 | 29.00 |
| **08/05/2011** | | | | |
| SMG | Work on nonconformity chart | 310.00 | 1.50 | 465.00 |
| **08/08/2011** | | | | |
| SMG | Work on nonconformity chart | 310.00 | 3.90 | 1,209.00 |
| VPM | Review Answer and Affirmative defenses of PACCAR | 355.00 | 0.40 | 142.00 |
| **08/09/2011** | | | | |
| EEK | Letter to client re: Answer; work on Disclosure statement | 145.00 | 0.40 | 58.00 |
| SMG | Review notices (2) from Eastern District; review Eastern District e-filing rules; review local rules; work on disclosure/jury demand/magistrate forms/remand statutues | 310.00 | 3.25 | 1,007.50 |
| SMG | Work on nonconformity chart | 310.00 | 3.70 | 1,147.00 |
| VPM | Letter to client | 355.00 | 0.20 | 71.00 |
| **08/11/2011** | | | | |
| VPM | Telephone conference with client re: Disclosure Statement, notes, explained removal by PACCAR, federal system | 355.00 | 0.40 | 142.00 |
| **08/15/2011** | | | | |
| SMG | Conference with TJA re: case strategy | 310.00 | 0.10 | 31.00 |
| **08/16/2011** | | | | |
| SMG | Electronic filing/conference with Court clerk re: disclosure/jury demand/magistrate | 310.00 | 0.70 | 217.00 |
| **08/17/2011** | | | | |
| SMG | Review notice from Court, assignment of judge | 310.00 | 0.10 | 31.00 |
| **08/22/2011** | | | | |
| VPM | Review order from Court | 355.00 | 0.20 | 71.00 |
| **08/31/2011** | | | | |
| VPM | Review notice from court re: amended notice of removal | 355.00 | 0.20 | 71.00 |
| **09/07/2011** | | | | |
| VPM | Review repair orders, 9/27/07 - 2/8/10; set up files, questions, notes on each repair order, set up collateral costs file, nonconformity file listing potential nonconformities | 355.00 | 4.50 | 1,597.50 |
| EEK | Conference with VPM, review repair orders/issues with vehicle re: oil pressure, ECM, turbo | 145.00 | 2.00 | 290.00 |
| **09/08/2011** | | | | |
| SMG | Research settlement offer/Rule 68 | 310.00 | 1.40 | 434.00 |
| **09/15/2011** | | | | |
| VPM | Continue work on repair orders, questions relating to each | | | |

| | | Rate | Hours | |
|---|---|---|---|---|
| | repair order, outline of questions 7/7/10 - 2/9/11 | 355.00 | 2.00 | 710.00 |
| **09/16/2011** | | | | |
| EEK | Review file re: repair locations, create table of service locations | 145.00 | 0.40 | 58.00 |
| **09/19/2011** | | | | |
| VPM | Review chart of various dealer repair attempts | 355.00 | 0.20 | 71.00 |
| **09/22/2011** | | | | |
| VPM | Telephone conference with client, Janie, notes, discuss current status, primary driver | 355.00 | 0.40 | 142.00 |
| **09/27/2011** | | | | |
| SMG | Work on discovery requests | 310.00 | 1.60 | 496.00 |
| SMG | Review order/calendar scheduling conference | 310.00 | 0.10 | 31.00 |
| SMG | Review Rule 26 re: initial disclosures/joint discovery plan | 310.00 | 1.00 | 310.00 |
| VPM | Review Notice from court, email to client | 355.00 | 0.30 | 106.50 |
| **09/28/2011** | | | | |
| SMG | Work on discovery requests | 310.00 | 1.60 | 496.00 |
| SMG | Work on initial disclosures, Rule 26(a)(1) | 310.00 | 3.30 | 1,023.00 |
| **09/29/2011** | | | | |
| SMG | Work on initial disclosures, Rule 26(a)(1) | 310.00 | 1.10 | 341.00 |
| **10/03/2011** | | | | |
| VPM | Email to client re: truck driver | 355.00 | 0.20 | 71.00 |
| **10/05/2011** | | | | |
| EEK | Telephone conference with Janie re: driver | 145.00 | 0.10 | 14.50 |
| **10/06/2011** | | | | |
| VPM | Email from client, re: interview with driver; respond to email | 355.00 | 0.20 | 71.00 |
| **10/07/2011** | | | | |
| SMG | Conference with VPM re: case strategy | 310.00 | 0.25 | 77.50 |
| VPM | Email from client, prepare for meeting with driver Philip, go over R.O.s to discuss w/driver | 355.00 | 1.00 | 355.00 |
| VPM | Meet with primary driver, go over facts, problems with truck, go through repair orders | 355.00 | 2.75 | 976.25 |
| VPM | Memo to file re: interview | 355.00 | 0.25 | 88.75 |
| **10/10/2011** | | | | |
| SMG | Conference with VPM re: Rule 26 conference/disclosures | 310.00 | 0.10 | 31.00 |
| SMG | Telephone call to Attorney Fertl | 310.00 | 0.10 | 31.00 |
| **10/11/2011** | | | | |
| VPM | Prepare for conference call with Attorney Fertl, go through file re: information to be discussed | 355.00 | 0.75 | 266.25 |
| SMG | Telephone conference with Attorney Fertl | 310.00 | 0.10 | 31.00 |
| SMG | Conference with VPM re: Rule 26 conference/case strategy | 310.00 | 1.00 | 310.00 |

| | | Rate | Hours | |
|---|---|---|---|---|
| SMG | Telephone conference with client | 310.00 | 0.40 | 124.00 |
| **10/12/2011** | | | | |
| VPM | Conference call with Attorney Fertl, notes | 355.00 | 0.30 | 106.50 |
| SMG | Review federal rules | 310.00 | 0.10 | 31.00 |
| SMG | Rule 26(f) conference with Attorney Fertl/VPM | 310.00 | 0.25 | 77.50 |
| SMG | Work on discovery requests | 310.00 | 0.10 | 31.00 |
| **10/14/2011** | | | | |
| SMG | Review email/attachments from Attorney Fertl | 310.00 | 0.10 | 31.00 |
| **10/17/2011** | | | | |
| SMG | Review joint pretrial report/review Rule 26/local rules | 310.00 | 0.20 | 62.00 |
| **10/21/2011** | | | | |
| SMG | Review letter from Attorney Fertl; telephone conference with Attorney Fertl | 310.00 | 0.10 | 31.00 |
| **10/24/2011** | | | | |
| SMG | Conference with VPM re: case strategy, email to Attorney Fertl | 310.00 | 0.20 | 62.00 |
| SMG | Review email from Attorney Fertl/email to Attorney Fertl | 310.00 | 0.10 | 31.00 |
| **10/25/2011** | | | | |
| EEK | Review file re: damages, phone call to PACCAR Financial re: payoff; calculate interest paid; draft settlement offer; letter to Attorney Fertl and affidavit of mailing | 145.00 | 0.75 | 108.75 |
| SMG | Work on damage calculation/settlement offer | 310.00 | 0.30 | 93.00 |
| SMG | Review notice from Court/joint report | 310.00 | 0.10 | 31.00 |
| **10/26/2011** | | | | |
| SMG | Work on Rule 26 initial disclosures | 310.00 | 0.20 | 62.00 |
| VPM | Review damage calculation, phone call with client re: settlement offer, notes, discuss effects of offer | 355.00 | 0.40 | 142.00 |
| **10/27/2011** | | | | |
| EEK | Proof discovery requests for production; letter to Fertl; affidavit of mailing | 145.00 | 0.40 | 58.00 |
| SMG | Work on Rule 26 initial disclosures | 310.00 | 2.75 | 852.50 |
| **10/28/2011** | | | | |
| SMG | Telephone conference with client | 310.00 | 0.20 | 62.00 |
| SMG | Work on Rule 26 initial disclosures | 310.00 | 0.70 | 217.00 |
| SMG | Work on letters to servicing dealers | 310.00 | 0.70 | 217.00 |
| VPM | Telephone conference with client re: settlement offer, review settlement offer, payoff info | 355.00 | 0.40 | 142.00 |
| VPM | Review discovery requests, documents | 355.00 | 0.30 | 106.50 |
| **10/31/2011** | | | | |
| EEK | Telephone conference with Janie re: payoff | 145.00 | 0.10 | 14.50 |

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **11/01/2011** | | | | |
| SMG | Work on letter to dealers | 310.00 | 0.25 | 77.50 |
| EEK | Prepare letters to dealers - Cobin, JX, Peterbilt, Pape, Sapp Bros., Kenworth WI, Kenworth | 145.00 | 0.75 | 108.75 |
| VPM | Review letter to be sent to various dealers that performed repair work on client's vehicle | 355.00 | 0.30 | 106.50 |
| **11/03/2011** | | | | |
| SMG | Review file/prepare for scheduling conference | 310.00 | 0.20 | 62.00 |
| SMG | Telephone scheduling conference | 310.00 | 0.20 | 62.00 |
| SMG | Review scheduling order/calendar deadlines; review federal/local rules | 310.00 | 0.90 | 279.00 |
| **11/07/2011** | | | | |
| SMG | Work on documents for initial disclosures | 310.00 | 1.20 | 372.00 |
| SMG | Review notice from court | 310.00 | 0.10 | 31.00 |
| SMG | Review file re: potential deponents | 310.00 | 0.60 | 186.00 |
| SMG | Telephone conference with client | 310.00 | 0.10 | 31.00 |
| **11/08/2011** | | | | |
| SMG | Telephone conference with client | 310.00 | 0.10 | 31.00 |
| SMG | Review email/documents from client | 310.00 | 0.25 | 77.50 |
| SMG | Telephone conference with to Sapp Bros. | 310.00 | 0.10 | 31.00 |
| **11/09/2011** | | | | |
| SMG | Work on initial disclosures/review documents from client | 310.00 | 0.40 | 124.00 |
| **11/10/2011** | | | | |
| EEK | Ltr. to Cabin diesel - new address | 145.00 | 0.10 | 14.50 |
| VPM | Letter to Cabin Diesel | 355.00 | 0.20 | 71.00 |
| **11/11/2011** | | | | |
| VPM | Work on Rule 26 disclosures, review documents to be provided | 355.00 | 1.50 | 532.50 |
| **11/14/2011** | | | | |
| EEK | Telephone conference with Jane re: status; letter to Fertl re: disclosures; affidavit of mailing | 145.00 | 0.30 | 43.50 |
| SMG | Telephone conference with Sapp Bros./fax to Sapp. Bros | 310.00 | 0.20 | 62.00 |
| **11/15/2011** | | | | |
| VPM | Telephone conference with Cabin Diesel, notes | 355.00 | 0.20 | 71.00 |
| VPM | Review final disclosures, sign letter, documents | 355.00 | 0.20 | 71.00 |
| SMG | Work on initial disclosures | 310.00 | 0.40 | 124.00 |
| **11/17/2011** | | | | |
| VPM | Review correspondence from Attorney Fertl, Initial Disclosures Rule 26 witnesses | 355.00 | 0.30 | 106.50 |
| **11/18/2011** | | | | |
| VPM | Review discovery from PACCAR, Rule 26(a) disclosures | 355.00 | 0.80 | 284.00 |

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **11/21/2011** | | | | |
| VPM | Review dismissal order from state court re: removal | 355.00 | 0.20 | 71.00 |
| **11/22/2011** | | | | |
| VPM | Review additional documents from Attorney Fertl, Rule 26 | 355.00 | 0.25 | 88.75 |
| VPM | Review correspondence from JX Peterbilt, Rockford, look at attached invoices | 355.00 | 0.40 | 142.00 |
| **11/28/2011** | | | | |
| VPM | Review affirmative defenses, amended complaint, paragraphs 11, 12, 13 | 355.00 | 0.20 | 71.00 |
| SMG | Review amended complaint | 310.00 | 0.20 | 62.00 |
| SMG | Review letter/documents from JX Peterbilt; update nonconformity chart | 310.00 | 1.00 | 310.00 |
| **11/30/2011** | | | | |
| SMG | Update nonconformity chart | 310.00 | 1.40 | 434.00 |
| SMG | Review defendant's Rule 26 Disclosures/documents | 310.00 | 0.75 | 232.50 |
| EEK | Letter to clients re: Answer | 145.00 | 0.20 | 29.00 |
| **12/02/2011** | | | | |
| SMG | Review defendant's response to request for production | 310.00 | 0.10 | 31.00 |
| **12/03/2011** | | | | |
| VPM | Review letter from Attorney Fertl 12/1/11, with Answers to Request for Documents | 355.00 | 0.25 | 88.75 |
| **12/07/2011** | | | | |
| SMG | Review defendant's supplemental answers to request for production | 310.00 | 0.30 | 93.00 |
| **12/08/2011** | | | | |
| SMG | Review file/federal rules re: 3rd party discovery | 310.00 | 1.30 | 403.00 |
| **12/12/2011** | | | | |
| SMG | Review federal rules re: depos/discovery; work on notice/subpoena for depo/certifications/letters | 310.00 | 3.30 | 1,023.00 |
| SMG | Conference with Attorney Megna re: case strategy | 310.00 | 0.50 | 155.00 |
| VPM | Review Notice of Deposition of Merkel, subpoena, sign documents | 355.00 | 0.20 | 71.00 |
| SMG | Research, out of state depos/witnesses | 310.00 | 1.00 | 310.00 |
| EEK | Letter to Fertl re: notice of deposition; letter to Action re: subpoena, research witness fee/mileage rate, affidavit of mailing | 145.00 | 0.60 | 87.00 |
| **12/13/2011** | | | | |
| SMG | Update nonconformity chart re: Cummins rapid serve claims | 310.00 | 3.40 | 1,054.00 |
| VPM | Telephone conference with expert, John Jewell | 355.00 | 0.20 | 71.00 |
| VPM | Review letters for certification to dealers; sign letters | 355.00 | 0.40 | 142.00 |
| EEK | Certification letters to dealers - Tri-State Kenworth, Sapp. Bros., Pape Kenworth, Cabin Diesel, Peterbilt - Rockford; | | | |

| | | Rate | Hours | |
|---|---|---|---|---|
| | phone call to Action re: subpoena and service; prepare documents | 145.00 | 1.00 | 145.00 |
| **12/14/2011** | | | | |
| SMG | Update nonconformity chart re: Cummins rapid serve claims | 310.00 | 2.80 | 868.00 |
| SMG | telephone call to client | 310.00 | 0.10 | 31.00 |
| SMG | Telephone conference with client | 310.00 | 0.10 | 31.00 |
| SMG | Work on certification/collect records for certification to Cummins Inc. | 310.00 | 0.60 | 186.00 |
| **12/15/2011** | | | | |
| VPM | Review Certification request to Cummins | 355.00 | 0.20 | 71.00 |
| SMG | Work on letter/docs for certification by Cummins Inc. | 310.00 | 0.40 | 124.00 |
| EEK | Letter to Cummins Inc. re: certified records, prepare documents | 145.00 | 0.20 | 29.00 |
| **12/19/2011** | | | | |
| VPM | Review invoice from Action Investigation service documents, Affidavit | 355.00 | 0.10 | 35.50 |
| SMG | Work on documents for expert witness | 310.00 | 1.20 | 372.00 |
| SMG | Telephone call to client | 310.00 | 0.10 | 31.00 |
| SMG | Review letter/request for admissions and interrogatories | 310.00 | 0.20 | 62.00 |
| **12/20/2011** | | | | |
| VPM | Telephone conference with John Jewell re: case, inspection of vehicle | 355.00 | 0.20 | 71.00 |
| SMG | Work on documents for Expert | 310.00 | 1.70 | 527.00 |
| **12/21/2011** | | | | |
| VPM | Letter to client | 355.00 | 0.20 | 71.00 |
| SMG | Telephone conference with client | 310.00 | 0.10 | 31.00 |
| EEK | Letter to client re: discovery; work on plaintiff's responses | 145.00 | 0.50 | 72.50 |
| **12/22/2011** | | | | |
| SMG | Conference with VPM re: vehicle inspection/meeting with expert witness | 310.00 | 0.30 | 93.00 |
| VPM | Go through file, prepare for meeting with expert | 355.00 | 1.00 | 355.00 |
| EEK | Draft letter to Fertl; letter to court; affidavit of mailing | 145.00 | 0.40 | 58.00 |
| **12/23/2011** | | | | |
| VPM | Meet with expert, John Jewell | 355.00 | 3.50 | 1,242.50 |
| SMG | Review nonconformity chart/prepare for expert witness meeting | 310.00 | 0.40 | 124.00 |
| SMG | Conference with expert/VPM | 310.00 | 3.75 | 1,162.50 |
| SMG | Telephone conference with client | 310.00 | 0.10 | 31.00 |
| **12/27/2011** | | | | |
| VPM | Email to client re: inspection of truck | 355.00 | 0.20 | 71.00 |
| VPM | Attend inspection of vehicle with John Jewell, driver and owner, with travel | 355.00 | 4.00 | 1,420.00 |

| | | Rate | Hours | |
|---|---|---|---|---|
| **12/29/2011** | | | | |
| SMG | Work on responses to discovery requests | 310.00 | 1.60 | 496.00 |
| **12/30/2011** | | | | |
| SMG | Work on responses to discovery requests | 310.00 | 3.30 | 1,023.00 |
| **01/03/2012** | | | | |
| VPM | Work on spreadsheet for all problems | 355.00 | 1.80 | 639.00 |
| VPM | Telephone conference with John Jewell re: file, reports | 355.00 | 0.20 | 71.00 |
| **01/05/2012** | | | | |
| SMG | Work on depo exhibits/prepare for Merkel depo | 310.00 | 4.00 | 1,240.00 |
| SMG | Letter to Attorney Fertl | 310.00 | 0.40 | 124.00 |
| SMG | Review email from Attorney Fertl's paralegal | 310.00 | 0.10 | 31.00 |
| **01/06/2012** | | | | |
| SMG | Work on deposition outline, Todd Merkel | 310.00 | 3.75 | 1,162.50 |
| **01/09/2012** | | | | |
| SMG | Work on depo exhibits | 310.00 | 0.70 | 217.00 |
| EEK | Telephone conference with Mary at Brown & Jones re: schedule depo | 145.00 | 0.10 | 14.50 |
| **01/10/2012** | | | | |
| SMG | Work on depo exhibits | 310.00 | 1.00 | 310.00 |
| **01/11/2012** | | | | |
| VPM | Work on answers to discovery requests, admissions | 355.00 | 1.50 | 532.50 |
| **01/12/2012** | | | | |
| EEK | Work on plaintiff's discovery responses | 145.00 | 0.25 | 36.25 |
| VPM | Work on discovery | 355.00 | 1.25 | 443.75 |
| **01/13/2012** | | | | |
| SMG | Work on depo outline/exhibits for WI Kenworth - Todd Merkel | 310.00 | 2.20 | 682.00 |
| **01/16/2012** | | | | |
| VPM | Work on Responses to Admissions and interrogatories, review purchase document provided in deposition | 355.00 | 0.25 | 88.75 |
| VPM | Work on discovery responses, go over various calculations on how reasonable use allowance was arrived at; memo to file re: reasonable use calculations, errors by defendant | 355.00 | 2.00 | 710.00 |
| EEK | Prepare/mark deposition exhibits; conference with VPM re; federal excise tax; work on discovery | 145.00 | 2.00 | 290.00 |
| SMG | Go through exhibits/add questions from expert to depo outline | 310.00 | 0.90 | 279.00 |
| SMG | Deposition of Todd Merkel | 310.00 | 4.80 | 1,488.00 |
| SMG | Review docs from WI Kenworth/notes re: fault codes | 310.00 | 1.80 | 558.00 |
| SMG | Telephone conference with expert John Jewell | 310.00 | 0.25 | 77.50 |

| | | Rate | Hours | |
|---|---|---|---|---|
| 01/17/2012 | | | | |
| VPM | Review memo on reasonable use | 375.00 | 0.20 | 75.00 |
| VPM | Work on discovery responses | 375.00 | 0.30 | 112.50 |
| EEK | Work on discovery responses, VPM memo re: reasonable use allowance; letter to Fertl re: depo exhibits | 145.00 | 0.50 | 72.50 |
| SMG | Letter to Attorney Fertl | 325.00 | 0.10 | 32.50 |
| SMG | Work on discovery responses | 325.00 | 0.90 | 292.50 |
| 01/19/2012 | | | | |
| SMG | Work on expert witness disclosure/review federal/local rules | 325.00 | 1.25 | 406.25 |
| 01/20/2012 | | | | |
| SMG | Review email from Court reporter/Merkel depo/email to John Jewell | 325.00 | 0.20 | 65.00 |
| EEK | Work on damages | 145.00 | 0.10 | 14.50 |
| 01/23/2012 | | | | |
| SMG | Telephone conference with John Jewell/review depo exhibits/notes | 325.00 | 0.30 | 97.50 |
| 01/25/2012 | | | | |
| EEK | Review spread sheet, compare to R.O.s | 145.00 | 0.75 | 108.75 |
| SMG | Review depo of Todd Merkel/notes | 325.00 | 1.10 | 357.50 |
| 01/26/2012 | | | | |
| EEK | Conference with VPM re: spreadsheet | 145.00 | 0.30 | 43.50 |
| SMG | Review depo of Todd Merkel/notes | 325.00 | 1.40 | 455.00 |
| SMG | Review depo exhibits/prepare for meeting with expert | 325.00 | 5.40 | 1,755.00 |
| SMG | Review federal rules re: expert reports/outline report requirements | 325.00 | 0.70 | 227.50 |
| SMG | Conference with John Jewell/VPM | 325.00 | 3.75 | 1,218.75 |
| VPM | Work on spreadsheet, updates | 375.00 | 0.60 | 225.00 |
| VPM | Prepare for meeting with John Jewell | 375.00 | 0.50 | 187.50 |
| VPM | Meet with John Jewell | 375.00 | 3.75 | 1,406.25 |
| 01/27/2012 | | | | |
| SMG | Review Jewell report/exhibits/maintenance records/email to Jewell | 325.00 | 0.80 | 260.00 |
| SMG | Telephone conference with client; email to expert; conference with VPM re: Cummins discovery | 325.00 | 0.60 | 195.00 |
| 01/30/2012 | | | | |
| SMG | Research out of state subpoena/engine review indiana federal rules, cummins | 325.00 | 1.50 | 487.50 |
| SMG | Telephone conference with Sue Jewell | 325.00 | 0.10 | 32.50 |
| SMG | Telephone conference with Indiana court clerk | 325.00 | 0.25 | 81.25 |
| 01/31/2012 | | | | |
| SMG | Review report of John Jewell | 325.00 | 0.40 | 130.00 |

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **02/01/2012** | | | | |
| SMG | Work on expert disclosures/e-file; letter to court | 325.00 | 1.10 | 357.50 |
| **02/22/2012** | | | | |
| SMG | Search for IN attorney/review website | 325.00 | 0.10 | 32.50 |
| **02/27/2012** | | | | |
| SMG | Work on documents for WI Kenworth certification; work on certification/letter | 325.00 | 1.70 | 552.50 |
| SMG | Review court rules/subpoena for Cummins | 325.00 | 0.80 | 260.00 |
| SMG | Telephone conference with court clerk for Southern District of Indiana | 325.00 | 0.20 | 65.00 |
| SMG | Telephone conference with Dan Chamberlain; email to Diane Case | 325.00 | 0.30 | 97.50 |
| SMG | Work on subpoenas/attachments/notice of depo; letter to Indiana court clerk | 325.00 | 3.60 | 1,170.00 |
| **02/28/2012** | | | | |
| EEK | Research mileage rate/POV for subpoena; work on notice of depo/subpoena; letter to clerk in IN | 145.00 | 0.40 | 58.00 |
| SMG | Review/proof subpoenas/notices | 325.00 | 0.10 | 32.50 |
| **03/01/2012** | | | | |
| EEK | Review documents from IVIZE; letter to WI Kenworth | 145.00 | 0.25 | 36.25 |
| SMG | Review/proof documents for WI Kenworth certification | 325.00 | 0.20 | 65.00 |
| **03/05/2012** | | | | |
| SMG | Review documents from IN district court; Telephone conference with client | 325.00 | 0.25 | 81.25 |
| SMG | Letter to court | 325.00 | 0.30 | 97.50 |
| SMG | Email to Doehrman/Chamberlain; review email reply/ conference with paralegal re: subpoena | 325.00 | 0.20 | 65.00 |
| SMG | Letter to Attorney Fertl/process server | 325.00 | 0.10 | 32.50 |
| SMG | Email with attachments to Doerhman/Chamberlain | 325.00 | 0.10 | 32.50 |
| EEK | Letter to Clerk, Indiana re: copies; phone call to Affordable Process re: fee; phone call with Heather at Affordable Process re: fees, copies, etc. | 145.00 | 0.30 | 43.50 |
| **03/06/2012** | | | | |
| EEK | Letter to Fertl re: Noticeof Subpoena/Subpoena documents; letter to process server, affidavit of mailing | 145.00 | 0.50 | 72.50 |
| **03/16/2012** | | | | |
| EEK | Phone call to Heather at Affordable Process re: service on Cummins, left voicemail | 145.00 | 0.10 | 14.50 |
| **03/19/2012** | | | | |
| VPM | Review letter from Attorney Fertl re: depositions | 375.00 | 0.20 | 75.00 |
| **03/20/2012** | | | | |
| VPM | Email to client re: depositions | 375.00 | 0.25 | 93.75 |

James Michael Leasing Company

| | | Rate | Hours | |
|---|---|---|---|---|
| **03/28/2012** | | | | |
| SMG | Telephone conference with client | 325.00 | 0.20 | 65.00 |
| SMG | Letter to Attorney Fertl | 325.00 | 0.25 | 81.25 |
| EEK | Fertl letter re: depo dates | 145.00 | 0.20 | 29.00 |
| **03/29/2012** | | | | |
| VPM | Letter from Attorney Fertl about contesting the lemon part of the case | 375.00 | 0.20 | 75.00 |
| SMG | Review letter from Attorney Fertl re: cummins | 325.00 | 0.10 | 32.50 |
| SMG | Review letter from Attorney Fertl re: depos | 325.00 | 0.10 | 32.50 |
| EEK | Telephone call to Janie, left voicemail re: depo dates | 145.00 | 0.10 | 14.50 |
| **04/03/2012** | | | | |
| VPM | Review letter from Attorney Fertl re; expert witness | 375.00 | 0.20 | 75.00 |
| SMG | Review letter from Attorney Fertl | 325.00 | 0.10 | 32.50 |
| SMG | Conference with VPM re: case strategy/fact stipulation | 325.00 | 0.20 | 65.00 |
| EEK | Telephone call to Janie, left voicemail; email to client re: depo dates; email from Janie; phone call with Beth, confirm depo dates | 145.00 | 0.25 | 36.25 |
| EEK | Work on stipulation | 145.00 | 0.25 | 36.25 |
| **04/04/2012** | | | | |
| SMG | Work on stipulation | 325.00 | 0.10 | 32.50 |
| **04/09/2012** | | | | |
| SMG | Telephone call to Attorney Fertl | 325.00 | 0.10 | 32.50 |
| VPM | Review correspondence from Attorney Fertl, calendar deposition | 375.00 | 0.20 | 75.00 |
| VPM | Letter to client re: deposition | 375.00 | 0.20 | 75.00 |
| EEK | Letter to Smiley, letter to Kincaid re: depos | 145.00 | 0.40 | 58.00 |
| **04/10/2012** | | | | |
| EEK | Letter to Fertl re: stipulation | 145.00 | 0.20 | 29.00 |
| SMG | Telephone conference with Attorney Fertl | 325.00 | 0.10 | 32.50 |
| SMG | Review/proof stipulation/letter to Attorney Fertl | 325.00 | 0.40 | 130.00 |
| SMG | Conference with TJA re: proposed stipulation | 325.00 | 0.10 | 32.50 |
| SMG | Review email from Attorney Fertl's assistant; email to Attorney Fertl's assistant | 325.00 | 0.10 | 32.50 |
| **04/11/2012** | | | | |
| SMG | Telephone conference with Attorney Campbell; review email | 325.00 | 0.25 | 81.25 |
| **04/12/2012** | | | | |
| SMG | Email to paralegal Diane Case | 325.00 | 0.10 | 32.50 |
| SMG | Review file re: potential deponents/discovery follow up | 325.00 | 0.60 | 195.00 |
| **04/18/2012** | | | | |
| SMG | Conference with VPM re: case strategy/depositions | 325.00 | 0.20 | 65.00 |
| SMG | Email to Attorney Fertl | 325.00 | 0.10 | 32.50 |
| SMG | Telephone conference with client | 325.00 | 0.20 | 65.00 |

James Michael Leasing Company

| | | Rate | Hours | |
|---|---|---|---|---|
| **04/19/2012** | | | | |
| SMG | Review letter from Attorney Fertl; work on revised language w/fact stipulation | 325.00 | 0.40 | 130.00 |
| **04/20/2012** | | | | |
| EEK | Letter to Fertl re: stipulation | 145.00 | 0.20 | 29.00 |
| SMG | Letter to Attorney Fertl | 325.00 | 0.25 | 81.25 |
| SMG | Review email from Attorney Campbell; email to Attorney Campbell | 325.00 | 0.10 | 32.50 |
| **04/23/2012** | | | | |
| SMG | Email to client | 325.00 | 0.10 | 32.50 |
| SMG | Review email from client | 325.00 | 0.10 | 32.50 |
| VPM | Review file, work on timeline, go through all emails | 375.00 | 3.00 | 1,125.00 |
| **04/24/2012** | | | | |
| SMG | Telephone conference with client | 325.00 | 0.10 | 32.50 |
| SMG | Review letter from Attorney Fertl | 325.00 | 0.10 | 32.50 |
| SMG | Conference with VPM re: case strategy/stipulation language | 325.00 | 0.20 | 65.00 |
| SMG | Review email from Attorney Campbell | 325.00 | 0.10 | 32.50 |
| EEK | Conference with VPM re: timeline of client contact with PACCAR, phone call with client; work on timeline memo | 145.00 | 1.00 | 145.00 |
| **04/25/2012** | | | | |
| SMG | Conference with TJA re: potential stipulation | 325.00 | 0.10 | 32.50 |
| EEK | Letter to Fertl re: stip | 145.00 | 0.20 | 29.00 |
| TJA | Reviewed stip, suggested changes; reviewed comments by defense attorney, made suggestions, met with SMG & VPM | 490.00 | 0.75 | 367.50 |
| SMG | Prepare documents fro client depo prep | 325.00 | 0.60 | 195.00 |
| SMG | Conference with TJA/VPM re: potential case strategy, stipulation | 325.00 | 0.40 | 130.00 |
| SMG | Revise stipulation/letter to Attorney Fertl | 325.00 | 0.30 | 97.50 |
| SMG | Email to Attorney Campbell/email to Diane Case | 325.00 | 0.20 | 65.00 |
| SMG | Conference with VPM re: case strategy/refund calculations | 325.00 | 0.80 | 260.00 |
| VPM | Go over stipulation, proposals | 375.00 | 0.30 | 112.50 |
| VPM | Prepare for meeting with clients, go over damages, FET calculations, extended warranties, go through various issues | 375.00 | 3.50 | 1,312.50 |
| **04/26/2012** | | | | |
| TJA | Depo prep, conference with VPM & SMG | 490.00 | 1.50 | 735.00 |
| SMG | Research purchase price/federal excise tax calculations | 325.00 | 1.70 | 552.50 |
| SMG | Conference with VPM, Mike Smiley, Janie Kincaid | 325.00 | 2.80 | 910.00 |
| SMG | Conference with VPM and Janie Kincaid | 325.00 | 3.10 | 1,007.50 |
| SMG | Conference with VPM/TJA re: case strategy/discovery | 325.00 | 1.20 | 390.00 |
| VPM | Meet with client Michael Smiley, prepare for deposition | 375.00 | 3.00 | 1,125.00 |
| VPM | Meet with client Janie, prepare for deposition | 375.00 | 2.50 | 937.50 |
| VPM | Review issues, damages, reasonable use violation of lemon law, summary judgment on failure to pay lien within 30 days | 375.00 | 1.00 | 375.00 |

James Michael Leasing Company

| | | Rate | Hours | |
|---|---|---|---|---|
| **04/27/2012** | | | | |
| TJA | Meet with VPM re: meaning of statute | 490.00 | 0.25 | 122.50 |
| SMG | Work on notice of depo -- PACCAR representative | 325.00 | 0.90 | 292.50 |
| SMG | Letter to Attorney Fertl | 325.00 | 0.40 | 130.00 |
| SMG | Work on requests for admissions; online research re: T800 trucks | 325.00 | 0.80 | 260.00 |
| SMG | Research legislative history re: reasonable use allowance | 325.00 | 2.60 | 845.00 |
| EEK | Work on Notice of Depo re: PACCAR, letter to Fertl, affidavit of mailing/fax, letter to Fertl re: Smiley's testimony, work on requests for Admissions, letter to Fertl | 145.00 | 0.90 | 130.50 |
| **04/30/2012** | | | | |
| SMG | Review legislative history re: reasonable use allowance | 325.00 | 1.70 | 552.50 |
| **05/01/2012** | | | | |
| SMG | Review letter from Attorney Fertl | 325.00 | 0.10 | 32.50 |
| SMG | Review letter from Attorney Fertl | 325.00 | 0.10 | 32.50 |
| SMG | Review notice of depo/documents to be produced | 325.00 | 0.40 | 130.00 |
| **05/02/2012** | | | | |
| SMG | Conference with Janie Kincaid/depo of Janie Kincaid | 325.00 | 2.30 | 747.50 |
| **05/03/2012** | | | | |
| SMG | Conference with client/depo, Mike Smiley | 325.00 | 1.50 | 487.50 |
| SMG | Revise stipulation/e-file stipulation with court | 325.00 | 0.20 | 65.00 |
| **05/07/2012** | | | | |
| SMG | Review letter from Attorney Fertl | 325.00 | 0.10 | 32.50 |
| SMG | Conference with VPM re: case strategy/extension of deadlines | 325.00 | 0.10 | 32.50 |
| SMG | Letter to Attorney Fertl; review federal rules | 325.00 | 0.40 | 130.00 |
| SMG | Review Kincaid depo | 325.00 | 0.10 | 32.50 |
| EEK | Letter to Fertl re: depo of PACCAR; phone call with Mary at Brown and Jones re: video conferencing | 145.00 | 0.30 | 43.50 |
| **05/08/2012** | | | | |
| SMG | Review letter/proposed stipulation | 325.00 | 0.10 | 32.50 |
| **05/09/2012** | | | | |
| SMG | Letter to Attorney Fertl | 325.00 | 0.30 | 97.50 |
| SMG | Review letter/proposed stipulation | 325.00 | 0.10 | 32.50 |
| EEK | Letter to Fertl re: discovery/stip | 145.00 | 0.20 | 29.00 |
| **05/10/2012** | | | | |
| EEK | Letter to Fertl re: Stip & order | 145.00 | 0.20 | 29.00 |
| SMG | Review/sign stipulation; letter to Attorney Fertl | 325.00 | 0.10 | 32.50 |
| **05/15/2012** | | | | |
| SMG | Review email from Beth West; email/notice from Court | 325.00 | 0.10 | 32.50 |
| **05/29/2012** | | | | |
| VPM | Review Answers to Plaintiff's First Set of Admission | 375.00 | 0.30 | 112.50 |

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| SMG | Review defendant's responses to admissions | 325.00 | 0.10 | 32.50 |
| SMG | Review email from Janie Kincaid; email to Janie Kincaid | 325.00 | 0.10 | 32.50 |

**05/30/2012**

|  |  | | | |
|---|---|---|---|---|
| SMG | Prepare for PACCAR depo/exhibits/outline | 325.00 | 3.20 | 1,040.00 |

**06/01/2012**

|  |  | | | |
|---|---|---|---|---|
| SMG | Conference with VPM/TJA | 325.00 | 0.80 | 260.00 |
| SMG | Work on depo exhibits for PACCAR depo/letter to Attorney Fertl | 325.00 | 0.50 | 162.50 |
| EEK | Email to Beth West re: location of PACCAR witness; phone call with Lou Ann at Brown & Jones re: court reporter | 145.00 | 0.10 | 14.50 |
| VPM | Discuss upcoming PACCAR deposition, questions to ask, R.U. arguments, review statute, documents, emails to be used in deposition | 375.00 | 1.00 | 375.00 |
| TJA | Conference with VPM and SMG | 490.00 | 0.50 | 245.00 |

**06/04/2012**

|  |  | | | |
|---|---|---|---|---|
| SMG | Review fed rules re: depos | 325.00 | 0.20 | 65.00 |
| EEK | Phone call to Sharon at PACCAR financial re: authorization; email to Janie re: auth/loan info; email from Janie | 145.00 | 0.20 | 29.00 |
| SMG | Work on depo outline of PACCAR | 325.00 | 1.10 | 357.50 |

**06/05/2012**

|  |  | | | |
|---|---|---|---|---|
| VPM | Email to Attorney Jeff Fretl re; PACCAR deposition | 375.00 | 0.20 | 75.00 |

**06/06/2012**

|  |  | | | |
|---|---|---|---|---|
| EEK | Email to Janie re: loan docs; phone call with SMG re: depo, phone call with Leaha at Brown & Jones; phone call with Lou Ann | 145.00 | 0.25 | 36.25 |

**06/07/2012**

|  |  | | | |
|---|---|---|---|---|
| EEK | Letter to Fertl, mark depo exhibits, phone call with Melinda at YOM re: exhibits, letter to YOM | 145.00 | 0.50 | 72.50 |
| VPM | Review documents to be sent to YOM Reporting, review emails, letter | 375.00 | 0.20 | 75.00 |

**06/08/2012**

|  |  | | | |
|---|---|---|---|---|
| EEK | Phone call with Janie re: finance docs | 145.00 | 0.10 | 14.50 |

**06/11/2012**

|  |  | | | |
|---|---|---|---|---|
| SMG | Review documents from client | 325.00 | 0.20 | 65.00 |
| SMG | Review letter/document from Attorney Fertl | 325.00 | 0.10 | 32.50 |
| EEK | Phone call with Star; email from to Star; phone call with Star re: finance info | 145.00 | 0.20 | 29.00 |

**06/12/2012**

|  |  | | | |
|---|---|---|---|---|
| VPM | Work on questions for deposition of PACCAR | 375.00 | 0.40 | 150.00 |
| VPM | Conference with SMG re: deposition, go over line of questioning | 375.00 | 0.50 | 187.50 |
| SMG | Prepare for depo of PACCAR/work on outline/review | | | |

| | | Rate | Hours | |
|---|---|---|---|---|
| | exhibits | 325.00 | 1.90 | 617.50 |
| SMG | Conference with VPM re: PACCAR depo/case strategy | 325.00 | 1.20 | 390.00 |
| EEK | Telephone conference with Mary at Brown & Jones; phone call with Melinda at YOM re: docs, court reporter; conference with VPM re: 30th day | 145.00 | 0.25 | 36.25 |
| SMG | Review documents/letter from Attorney Fertl | 325.00 | 0.25 | 81.25 |
| **06/13/2012** | | | | |
| SMG | Depo of PACCAR, Shawn Miller | 325.00 | 1.40 | 455.00 |
| **06/14/2012** | | | | |
| SMG | Email from/to court reporter | 325.00 | 0.10 | 32.50 |
| **07/09/2012** | | | | |
| VPM | Review deposition of Shawn Miller | 375.00 | 0.60 | 225.00 |
| **07/18/2012** | | | | |
| SMG | Conference with TJA/VPM re: summary judgment motion | 325.00 | 0.20 | 65.00 |
| TJA | Meet with VPM/SMG | 490.00 | 0.25 | 122.50 |
| **07/19/2012** | | | | |
| SMG | Summary Judgment motion research | 325.00 | 2.80 | 910.00 |
| SMG | Work on summary judgment motion | 325.00 | 0.40 | 130.00 |
| **07/20/2012** | | | | |
| SMG | Work on summary judgment motion | 325.00 | 4.50 | 1,462.50 |
| **07/21/2012** | | | | |
| SMG | Review depos of Miller, Kincaid, Smiley re: summary judgment | 325.00 | 1.60 | 520.00 |
| **07/23/2012** | | | | |
| SMG | Work on summary judgment motion | 325.00 | 4.30 | 1,397.50 |
| **07/24/2012** | | | | |
| SMG | Work on summary judgment motion | 325.00 | 2.60 | 845.00 |
| **07/25/2012** | | | | |
| SMG | Work on motion for summary judgment | 325.00 | 7.20 | 2,340.00 |
| **07/26/2012** | | | | |
| SMG | Work on summary judgment motion | 325.00 | 3.10 | 1,007.50 |
| **07/27/2012** | | | | |
| TJA | Read/work on brief, email to SMG/VPM | 490.00 | 4.50 | 2,205.00 |
| SMG | Work on Affidavit in support of summary judgment/proposed findings of fact/notice of motion | 325.00 | 3.40 | 1,105.00 |
| **07/28/2012** | | | | |
| VPM | Look at brief in support of summary judgment | 375.00 | 3.00 | 1,125.00 |

| | | Rate | Hours | |
|---|---|---|---|---|
| **07/29/2012** | | | | |
| VPM | Review drafts of brief, work on brief in support of summary judgment | 375.00 | 2.50 | 937.50 |
| TJA | Discuss brief, send email | 490.00 | 0.25 | 122.50 |
| **07/30/2012** | | | | |
| EEK | Prepare draft of Affidavit VPM re: summary judgment; email from TJA re: summary judgment | 145.00 | 1.00 | 145.00 |
| TJA | Review third version of brief, re-write #4, talk with VPM | 490.00 | 1.75 | 857.50 |
| TJA | Discuss brief, send email | 490.00 | 0.50 | 245.00 |
| SMG | Work on summary judgment brief/review notes from TJA/VPM | 325.00 | 5.20 | 1,690.00 |
| VPM | Work on brief | 375.00 | 2.75 | 1,031.25 |
| **07/31/2012** | | | | |
| SMG | Work on motion for summary judgment | 325.00 | 7.90 | 2,567.50 |
| SMG | Telephone conference with Judge Adelman's clerk | 325.00 | 0.10 | 32.50 |
| **08/01/2012** | | | | |
| EEK | Letter to Court re: hard copies of documents | 145.00 | 0.20 | 29.00 |
| SMG | Work on proposed findings of fact | 325.00 | 0.60 | 195.00 |
| SMG | E-file summary judgment materials/telephone conference with clerk re: e-filing | 325.00 | 1.30 | 422.50 |
| SMG | Work on summary judgment brief | 325.00 | 1.80 | 585.00 |
| **08/02/2012** | | | | |
| SMG | Review defendant's summary judgment materials; federal rules | 325.00 | 1.20 | 390.00 |
| **08/06/2012** | | | | |
| TJA | Read summary judgment brief, talked with SMG | 490.00 | 0.50 | 245.00 |
| **08/14/2012** | | | | |
| SMG | Work on summary judgment response | 325.00 | 0.70 | 227.50 |
| **08/15/2012** | | | | |
| SMG | Research - response to summary judgment/review authority cited by defendant | 325.00 | 3.10 | 1,007.50 |
| **08/16/2012** | | | | |
| SMG | Research re: summary judgment response; review authority cited by defendant | 325.00 | 0.70 | 227.50 |
| VPM | Review brief of defendant, motion for summary judgment | 375.00 | 0.50 | 187.50 |
| SMG | Work on summary judgment response | 325.00 | 2.25 | 731.25 |
| **08/22/2012** | | | | |
| SMG | Work on response to defendant summary judgment motion | 325.00 | 2.30 | 747.50 |
| **08/23/2012** | | | | |
| SMG | Work on response to summary judgment motion | 325.00 | 4.60 | 1,495.00 |

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **08/24/2012** | | | | |
| TJA | Review/revise brief | 490.00 | 0.75 | 367.50 |
| **08/27/2012** | | | | |
| SMG | Work on revision to summary judgment response brief | 325.00 | 0.60 | 195.00 |
| SMG | Work on response to defendant's proposed findings of fact | 325.00 | 1.10 | 357.50 |
| **08/28/2012** | | | | |
| SMG | Work on revisions to summary judgment response | 325.00 | 0.50 | 162.50 |
| TJA | Review brief and email suggestions | 490.00 | 0.75 | 367.50 |
| **08/29/2012** | | | | |
| SMG | Work on response to defendants proposed findings of fact | 325.00 | 0.20 | 65.00 |
| VPM | Work on brief, proposed findings of fact objections, review VPM affidavit | 375.00 | 1.30 | 487.50 |
| **08/30/2012** | | | | |
| SMG | Revise/proof response to defendant's summary judgment/electronic filing | 325.00 | 0.40 | 130.00 |
| SMG | Review federal rules | 325.00 | 0.10 | 32.50 |
| SMG | Review notice from court/review ECF filing/telephone conference with clerk | 325.00 | 0.20 | 65.00 |
| EEK | Letter to court re: summary judgment response and findings of fact response | 145.00 | 0.20 | 29.00 |
| **08/31/2012** | | | | |
| VPM | Letter to Court | 375.00 | 0.20 | 75.00 |
| **09/04/2012** | | | | |
| SMG | Review defendant's summary judgment response | 325.00 | 1.20 | 390.00 |
| SMG | Research lemon laws of other states re: purchase price | 325.00 | 1.90 | 617.50 |
| **09/05/2012** | | | | |
| SMG | Work on summary judgment reply | 325.00 | 7.00 | 2,275.00 |
| **09/06/2012** | | | | |
| SMG | Work on summary judgment reply | 325.00 | 7.10 | 2,307.50 |
| SMG | Work on response to defendant's additional proposed findings of fact | 325.00 | 1.00 | 325.00 |
| **09/07/2012** | | | | |
| SMG | Work on response to defendant's additional findings of fact | 325.00 | 2.25 | 731.25 |
| SMG | Revise/work on summary judgment reply | 325.00 | 0.30 | 97.50 |
| EEK | Draft Affidavit VPM | 145.00 | 0.40 | 58.00 |
| TJA | Read defendant's brief, amended version #2 of our brief | 490.00 | 1.75 | 857.50 |
| **09/10/2012** | | | | |
| VPM | Work on plaintiff's reply brief | 375.00 | 0.80 | 300.00 |
| SMG | Work on summary judgment reply brief | 325.00 | 2.30 | 747.50 |
| TJA | Review brief, send email | 490.00 | 0.75 | 367.50 |

James Michael Leasing Company

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **09/11/2012** | | | | |
| VPM | Work on brief, conference with SMG | 375.00 | 0.50 | 187.50 |
| SMG | Work on summary judgment reply | 325.00 | 1.50 | 487.50 |
| SMG | Conference with VPM re: summary judgment reply | 325.00 | 0.60 | 195.00 |
| **09/12/2012** | | | | |
| EEK | Make changes to Affidavit of VPM | 145.00 | 0.10 | 14.50 |
| **09/13/2012** | | | | |
| EEK | Letter to court re: copies of brief | 145.00 | 0.20 | 29.00 |
| TJA | Discuss stip, set of facts | 490.00 | 0.50 | 245.00 |
| VPM | Work on PACCAR proposed findings of fact, review VPM affidavit | 375.00 | 1.50 | 562.50 |
| SMG | Work on response to defendant's additional proposed findings of fact | 325.00 | 0.90 | 292.50 |
| SMG | Conference with VPM re: response to additional proposed findings of fact | 325.00 | 1.75 | 568.75 |
| SMG | E-file summary judgment reply materials | 325.00 | 0.30 | 97.50 |
| SMG | Review defendant's summary judgment reply brief/reply to proposed findings of fact | 325.00 | 0.60 | 195.00 |
| **10/17/2012** | | | | |
| VPM | Review order from the court | 375.00 | 0.20 | 75.00 |
| SMG | Review order/notice of hearing from court | 325.00 | 0.20 | 65.00 |
| **10/30/2012** | | | | |
| SMG | Review order/summary judgment materials/pleadings | 325.00 | 0.70 | 227.50 |
| SMG | Conference with VPM re: summary judgment order/status conference | 325.00 | 0.25 | 81.25 |
| **10/31/2012** | | | | |
| SMG | Travel time/attend status conference | 325.00 | 1.50 | 487.50 |
| SMG | Conference with Attorney Megna re: stipulation/status | 325.00 | 0.20 | 65.00 |
| **11/19/2012** | | | | |
| SMG | Review decision/order | 325.00 | 0.60 | 195.00 |
| VPM | Review decision from court | 375.00 | 0.50 | 187.50 |
| VPM | Phone call with client re: decision, case, go over damages, notes, next steps | 375.00 | 0.30 | 112.50 |
| **11/20/2012** | | | | |
| VPM | Phone call with Luann Weber at James Michael, notes | 375.00 | 0.20 | 75.00 |
| VPM | Letter to client | 375.00 | 0.20 | 75.00 |
| **11/26/2012** | | | | |
| TJA | Reviewed decision; discuss next steps with VPM | 490.00 | 1.00 | 490.00 |
| **11/29/2012** | | | | |
| SMG | Conference with VPM re: potential stipulation/case strategy | 325.00 | 0.30 | 97.50 |
| **12/04/2012** | | | | |
| SMG | Review local rules/federal rules/review defendant's motion | | | |

| | | Rate | Hours | |
|---|---|---|---|---|
| | for reconsideration | 325.00 | 0.90 | 292.50 |
| SMG | Prepare for status conference | 325.00 | 0.20 | 65.00 |
| SMG | Travel/wait time/status conference | 325.00 | 1.50 | 487.50 |
| **12/05/2012** | | | | |
| SMG | Review minute order | 325.00 | 0.10 | 32.50 |
| VPM | Review court order, calendar dates | 375.00 | 0.20 | 75.00 |
| **12/10/2012** | | | | |
| SMG | Research constitutionality/due process clause violations | 325.00 | 3.40 | 1,105.00 |
| **12/11/2012** | | | | |
| SMG | Research standards for reconsideration | 325.00 | 0.90 | 292.50 |
| SMG | Work on reconsideration response | 325.00 | 3.70 | 1,202.50 |
| **12/12/2012** | | | | |
| SMG | Work on reconsideration response | 325.00 | 4.10 | 1,332.50 |
| **12/13/2012** | | | | |
| SMG | Work on reconsideration response | 325.00 | 4.20 | 1,365.00 |
| SMG | Work on reconsideration response | 325.00 | 0.40 | 130.00 |
| **12/14/2012** | | | | |
| TJA | Work on brief | 490.00 | 1.00 | 490.00 |
| **12/17/2012** | | | | |
| SMG | Research constitutionality/double damages/due process | 325.00 | 7.80 | 2,535.00 |
| **12/18/2012** | | | | |
| SMG | Research due process/double damages | 325.00 | 1.80 | 585.00 |
| SMG | Work on response to reconsideration | 325.00 | 3.40 | 1,105.00 |
| **12/19/2012** | | | | |
| SMG | Research service of attorney general re: constitutional challenge | 325.00 | 0.40 | 130.00 |
| **12/20/2012** | | | | |
| TJA | Work on brief | 490.00 | 0.75 | 367.50 |
| **12/21/2012** | | | | |
| SMG | Work on reconsideration response | 325.00 | 0.90 | 292.50 |
| SMG | Research substantive vs. procedural due process; federal standards | 325.00 | 1.80 | 585.00 |
| TJA | Review brief, make changes, email to SMG | 490.00 | 1.00 | 490.00 |
| **01/02/2013** | | | | |
| SMG | Research federal multiple damages/constitutionality | 345.00 | 2.90 | 1,000.50 |
| SMG | Work on reconsideration response | 345.00 | 2.10 | 724.50 |
| TJA | Talk with SMG re: issues, advise on need for federal cases, 2nd discussion w/SMG | 490.00 | 1.00 | 490.00 |

James Michael Leasing Company

| | | Rate | Hours | |
|---|---|---|---|---|
| **01/03/2013** | | | | |
| TJA | Review brief, write email comments | 490.00 | 0.25 | 122.50 |
| **01/07/2013** | | | | |
| EEK | Letter to Judge re: hard copy of brief | 155.00 | 0.20 | 31.00 |
| SMG | Review/proof reconsideration response/electronic filing | 345.00 | 0.40 | 138.00 |
| SMG | Letter to court | 345.00 | 0.10 | 34.50 |
| **01/23/2013** | | | | |
| SMG | Review defendant's reply in support of motion to reconsider | 345.00 | 0.25 | 86.25 |
| **02/07/2013** | | | | |
| SMG | Telephone conference with client | 345.00 | 0.20 | 69.00 |
| **02/26/2013** | | | | |
| VPM | Review court decision and order denying PACCAR's motion for reconsideration | 395.00 | 0.25 | 98.75 |
| SMG | Review decision and order/order | 345.00 | 0.25 | 86.25 |
| SMG | Conference with VPM/case strategy | 345.00 | 0.40 | 138.00 |
| SMG | Telephone conference with client | 345.00 | 0.10 | 34.50 |
| **02/28/2013** | | | | |
| TJA | Conference with VPM | 490.00 | 0.25 | 122.50 |
| **03/06/2013** | | | | |
| SMG | Conference with VPM re: potential stipulation | 345.00 | 0.25 | 86.25 |
| SMG | Telephone call to Attorney Fertl | 345.00 | 0.10 | 34.50 |
| **03/07/2013** | | | | |
| SMG | Telephone conference with Attorney Fertl | 345.00 | 0.10 | 34.50 |
| **03/11/2013** | | | | |
| SMG | Work on proposed stipulation | 345.00 | 0.90 | 310.50 |
| SMG | Conference with VPM re: stipulation/judgment | 345.00 | 0.20 | 69.00 |
| EEK | Email to Star re: interest paid 2012, year to date; email from Star, calculate interest paid | 155.00 | 0.25 | 38.75 |
| VPM | Work on stipulation regarding damages | 395.00 | 0.80 | 316.00 |
| **03/12/2013** | | | | |
| SMG | Letter to Attorney Fertl/revise stipulation | 345.00 | 0.30 | 103.50 |
| EEK | Work on stip re: damages, letter to Fertl re: stipulation | 155.00 | 0.70 | 108.50 |
| VPM | Review final draft of proposed stipulation, sign letter | 395.00 | 0.20 | 79.00 |
| **03/13/2013** | | | | |
| SMG | Prepare for status conference with court | 345.00 | 0.40 | 138.00 |
| SMG | Conference with VPM re: status conference/case strategy | 345.00 | 0.25 | 86.25 |
| SMG | Travel time/wait time/conference with court | 345.00 | 1.40 | 483.00 |
| **03/14/2013** | | | | |
| SMG | Review order from Court/calendar deadlines | 345.00 | 0.10 | 34.50 |
| SMG | Review minute entry from court | 345.00 | 0.10 | 34.50 |

| | | Rate | Hours | |
|---|---|---|---|---|
| **03/19/2013** | | | | |
| VPM | Review letter from Attorney Fertl re: finance charges, conference with legal assistant, look over finance charges | 395.00 | 0.20 | 79.00 |
| EEK | Review file re; documentation of finance charges, conference with VPM, letter to Fertl re: interest paid | 155.00 | 0.50 | 77.50 |
| **03/20/2013** | | | | |
| SMG | Letter to Attorney Fertl | 345.00 | 0.10 | 34.50 |
| SMG | Letter to Attorney Fertl | 345.00 | 0.20 | 69.00 |
| **03/21/2013** | | | | |
| EEK | Letter to Fertl re: fees/costs documentation | 155.00 | 0.20 | 31.00 |
| **03/28/2013** | | | | |
| SMG | Review letter from Attorney Fertl/conference with VPM re: prejudgment interest | 345.00 | 0.20 | 69.00 |
| SMG | Research prejudgment interest | 345.00 | 2.20 | 759.00 |
| **04/01/2013** | | | | |
| VPM | Review case law on prejudgment interest | 395.00 | 0.40 | 158.00 |
| **04/02/2013** | | | | |
| EEK | Letter to Fertl re: prejudgment interest | 155.00 | 0.20 | 31.00 |
| SMG | Conference with VPM re: prejudgment interest/stipulation | 345.00 | 0.10 | 34.50 |
| SMG | Letter to Attorney Fertl | 345.00 | 0.75 | 258.75 |
| **04/12/2013** | | | | |
| SMG | Telephone call to Attorney Fertl | 345.00 | 0.10 | 34.50 |
| **04/15/2013** | | | | |
| VPM | Phone call with Laura re: update, interest, 5/15/13 brief, notes | 395.00 | 0.30 | 118.50 |
| **04/18/2013** | | | | |
| VPM | Review issue of liquidated damages, when interest on, interest starts | 395.00 | 0.30 | 118.50 |
| TJA | Talked with VPM | 490.00 | 0.25 | 122.50 |
| **04/24/2013** | | | | |
| SMG | Review proposed stipulation | 345.00 | 0.25 | 86.25 |
| SMG | Conference with VPM re: damages/stipulation | 345.00 | 0.25 | 86.25 |
| **04/29/2013** | | | | |
| VPM | Conference with TJA re: stipulation language, review letter from Attorney Fertl | 395.00 | 0.30 | 118.50 |
| SMG | Conference with VPM re: stipulation | 345.00 | 0.10 | 34.50 |
| SMG | Work on revised stipulation | 345.00 | 0.40 | 138.00 |
| EEK | Email to Star re: updated loan info | 155.00 | 0.10 | 15.50 |
| TJA | Meet with VPM re: stip, damages, appeal reserve, payoff, per diem | 490.00 | 0.30 | 147.00 |

James Michael Leasing Company

| | | Rate | Hours | |
|---|---|---|---|---|
| **04/30/2013** | | | | |
| SMG | Letter to Attorney Fertl | 345.00 | 0.20 | 69.00 |
| EEK | Phone call to client, left voicemail for Cindy (2x); phone call with Cindy re: loan info; email from/to Cindy re: updated damages, make changes on stipulation; letter to Fertl | 155.00 | 0.40 | 62.00 |
| **05/02/2013** | | | | |
| SMG | Work on motion for prejudgment interest, research | 345.00 | 1.00 | 345.00 |
| **05/03/2013** | | | | |
| SMG | Work on motion for judgment/research interest recoverable | 345.00 | 2.30 | 793.50 |
| SMG | Review letter/proposed stipulation/revise agreement | 345.00 | 0.25 | 86.25 |
| **05/06/2013** | | | | |
| VPM | Work on stipulation | 395.00 | 0.20 | 79.00 |
| EEK | Work on revised stip, letter to Fertl | 155.00 | 0.20 | 31.00 |
| SMG | Work on motion for judgment | 345.00 | 0.25 | 86.25 |
| SMG | Conference with VPM re: stipulation | 345.00 | 0.25 | 86.25 |
| SMG | Revise stipulation | 345.00 | 0.25 | 86.25 |
| **05/08/2013** | | | | |
| SMG | Work on motion for judgment | 345.00 | 5.90 | 2,035.50 |
| SMG | Review letter from Attorney Fertl/revised stipulation | 345.00 | 0.25 | 86.25 |
| SMG | Telephone call to Attorney Fertl | 345.00 | 0.10 | 34.50 |
| **05/09/2013** | | | | |
| SMG | Work on motion for judgment/affidavits in support | 345.00 | 3.80 | 1,311.00 |
| SMG | Telephone conference with Attorney Fertl | 345.00 | 0.20 | 69.00 |
| SMG | Telephone conference with client | 345.00 | 0.30 | 103.50 |
| **05/10/2013** | | | | |
| SMG | Review revised stipulation/letter | 345.00 | 0.10 | 34.50 |
| SMG | Work on motion for judgment | 345.00 | 0.60 | 207.00 |
| SMG | Telephone call to Attorney Fertl | 345.00 | 0.10 | 34.50 |
| VPM | Review/work on brief | 395.00 | 0.40 | 158.00 |
| VPM | Review revised stipulation from Attorney Fertl | 395.00 | 0.10 | 39.50 |
| **05/11/2013** | | | | |
| TJA | Read affidavit and arrange for fax and signing | 490.00 | 0.50 | 245.00 |
| **05/13/2013** | | | | |
| SMG | Work on Affidavit of TJA/fax | 345.00 | 0.20 | 69.00 |
| SMG | Review notice/e-filing | 345.00 | 0.10 | 34.50 |
| VPM | Phone call with Todd Gadtke's office, notes | 395.00 | 0.20 | 79.00 |
| | For Current Services Rendered | | 461.50 | 150,911.25 |