

STATE OF WISCONSIN     CIRCUIT COURT     MILWAUKEE COUNTY

MARK T. MCNEELY and
JEAN L. GONDEK,

        Plaintiffs,

v.

MCADAMS CAR COMPANY, INC.,

        Defendant.

Case No. 10-CV-13612



## ORDER

This matter having come before the Court by stipulation of the parties that Defendant would pay the Plaintiffs' reasonable legal fees, and the Court being fully advised on the premises,

**IT IS HEREBY ORDERED** as follows:

1. The Court finds that Plaintiffs' counsel expended 84.9 hours in this matter at a rate of $355.00 per hour for Attorney Vincent P. Megna and $310.00 per hour for Attorney Susan Grzeskowiak, resulting in legal fees totaling $24,518.00. These figures are supported by affidavit and copies of the billing statements.

2. The Court finds that $24,518.00 represents a reasonable fee using the lodestar method and the relevant factors contained in SCR 20:1.5. *See Kolupar v. Wilde Pontiac Cadillac, Inc.*, 275 Wis.2d 1, 19 (2004). The Court has also considered the remedial aspects of the lemon law, with legal fees being awarded to the prevailing consumer's attorney. This consideration is important for any individual subject to the lemon law to keep in mind when considering the appropriate response to a consumer's complaint raising such a lemon law claim.

3. The Court finds that the parties agree that costs in this matter were $1,183.50.

4. The Court concludes that the Plaintiffs are awarded $24,518.00 in legal fees and $1,183.50 in costs, for a total award of $25,701.50.

Dated at Milwaukee, Wisconsin this 9th day of September 2011.

BY THE COURT:

Honorable Dennis P. Moroney
Milwaukee County Circuit Court Judge, Branch 20



EXHIBIT E