**EXCESSIVE TIME DUE TO BOILERPLATE NATURE OF DOCUMENTS**

**Discovery Requests to PACCAR**

| | | | | |
|---|---|---|---|---|
| p.3 | 9/27/2012 | SMG | Work on discovery requests | 1.6 |
| p.3 | 9/28/2011 | SMG | Work on discovery requests | 1.6 |
| p.4 | 10/12/2011 | SMG | Work on discovery requests | 0.1 |
| p.4 | 10/27/2011 | EEK | Proof discovery requests for production; letter to Fertl; affidavit of mailing | 0.4 |
| p.4 | 10/28/2011 | VPM | Review discovery requests, documents | 0.3 |
| | | | TOTAL | 4 |

**EXCESSIVE TIME BY MULTIPLE BILLERS**

**Responses to PACCAR's Discovery Requests**

| | | | | |
|---|---|---|---|---|
| p.8 | 12/29/2011 | SMG | Work on responses to discovery requests | 1.6 |
| p.8 | 12/30/2011 | SMG | Work on responses to discovery requests | 3.3 |
| p.8 | 1/11/2012 | VPM | Work on answers to discovery requests, admissions | 1.5 |
| p.8 | 1/12/2012 | EEK | Work on plaintiff's discovery responses | 0.25 |
| p.8 | 1/12/2012 | VPM | Work on discovery | 1.25 |
| p.8 | 1/16/2012 | VPM | Work on Responses to Admissions and interrogatories, review purchase document provided in deposition | 0.25 |
| p.8 | 1/16/2012 | VPM | Work on discovery responses, go over various calculations on how reasonable use allowance was arrived at; memo to file re reasonable use calculations, errors by defendant | 2 |
| p.8 | 1/16/2012 | EEK | Prepare/mark deposition exhibits; conference with VPM re; federal excise tax; work on discovery | 2 |
| p.9 | 1/17/2012 | VPM | Work on discovery responses | 0.3 |
| p.9 | 1/17/2012 | EEK | Work on discovery responses, VPM memo re: reasonable use allowance; letter to Fertl re: depo exhibits | 0.5 |
| p.9 | 1/17/2012 | SMG | Work on discovery responses | 0.9 |
| | | | TOTAL | 13.85 |

**Stipulation Regarding Damages**

| | | | | |
|---|---|---|---|---|
| p.20 | 3/6/2013 | SMG | Conference with VPM re: potential stipulation | 0.25 |
| p.20 | 3/11/2013 | SMG | Work on proposed stipulation | 0.9 |
| p.20 | 3/11/2013 | SMG | Conference with VPM re stipulation/judgment | 0.2 |
| p.20 | 3/11/2013 | EEK | Email to Star re: interest paid 2012, year to date; email from Star, calculate interest paid | 0.25 |
| p.20 | 3/11/2013 | VPM | Work on stipulation regarding damages | 0.8 |
| p.20 | 3/12/2013 | SMG | Letter to Attorney Fertl/revise stipulation | 0.3 |
| p.20 | 3/12/2013 | EEK | Work on stip re: damages, letter to Fertl re: stipulation | 0.7 |
| p.20 | 3/12/2013 | VPM | Review final draft of proposed stipulation, sign letter | 0.2 |
| p.21 | 3/20/2013 | SMG | Letter to Attorney Fertl | 0.1 |
| p.21 | 3/20/2013 | SMG | Letter to Attorney Fertl | 0.2 |
| p.21 | 3/21/2013 | EEK | Letter to Fertl re: fees/costs documentation | 0.2 |
| p.21 | 3/28/2013 | SMG | Review letter from Attorney Fertl/conference with VPM re: prejudgment interest | 0.2 |
| p.21 | 3/28/2013 | SMG | Research prejudgment interest | 2.2 |
| p.21 | 4/1/2013 | VPM | Review case law on prejudgment interest | 0.4 |
| p.21 | 4/2/2013 | EEK | Letter to Fertl re: prejudgment interest | 0.2 |
| p.21 | 4/2/2013 | SMG | Conference with VPM re prejudgment interest/stipulation | 0.1 |
| p.21 | 4/2/2013 | SMG | Letter to Attorney Fertl | 0.75 |
| p.21 | 4/18/2013 | VPM | Review issue of liquidate damages, when interest on, interest starts | 0.3 |
| p.21 | 4/18/2013 | TJA | Talked with VPM | 0.25 |
| p.21 | 4/24/2013 | SMG | Review proposed stipulation | 0.25 |
| p.21 | 4/24/2013 | SMG | Conference with VPM re: damages/stipulation | 0.25 |
| p.21 | 4/29/2013 | VPM | Conference with TJA re: stipulation language, review letter from Attorney Fertl | 0.3 |
| p.21 | 4/29/2013 | SMG | Conference with VPM re: stipulation | 0.1 |
| p.21 | 4/29/2013 | SMG | Work on revised stipulation | 0.4 |
| p.21 | 4/29/2013 | EEK | Email to Star re: updated loan info | 0.1 |
| p.21 | 4/29/2013 | TJA | meet with VPM re: stip, damages, appeal reserve, payoff, per diem | 0.3 |
| p.22 | 4/30/2013 | SMG | Letter to Attorney Fertl | 0.2 |
| p.22 | 4/30/2013 | EEK | Phone call to client, left voicemail for Cindy (2x); hone call with Cindy re: loan info; email from/to Cindy re: updated dates, make changes on stipulation; letter to Fertl | 0.4 |
| p.22 | 5/3/2013 | SMG | Review letter/proposed stipulation/revise agreement | 0.25 |
| p.22 | 5/6/2013 | VPM | Work on stipulation | 0.2 |
| p.22 | 5/6/2013 | EEK | work on revised stip, letter to Fertl | 0.2 |
| p.22 | 5/6/2013 | SMG | Conference with VPM re: stipulation | 0.25 |
| p.22 | 5/6/2013 | SMG | Revise stipulation | 0.25 |
| p.22 | 5/8/2013 | SMG | Review letter from Attorney Fertl/revised stipulation | 0.25 |
| p.22 | 5/10/2013 | SMG | Review revised stipulation/letter | 0.1 |
| p.22 | 5/10/2013 | VPM | Review revised stipulation from Attorney Fertl | 0.1 |
| | | | TOTAL | 12.4 |

## EXCESSIVE TIME BY INDIVIDUAL BILLER

### Review of Merkel Depo Transcript

| | | | | |
|---|---|---|---|---|
| p.9 | 1/20/2012 | SMG | Review email from Court reporter/Merkel depo/email to John Jewell | 0.2 |
| p.9 | 1/23/2012 | SMG | Telephone conference with John Jewell/review depo exhibits/notes | 0.3 |
| p.9 | 1/25/2012 | SMG | Review depo of Todd Markel/notes | 1.1 |
| p.9 | 1/26/2012 | SMG | Review depo of Todd Markel/notes | 1.4 |
| | | | TOTAL | 3 |

## ONLY ONE INDIVIDUAL NEEDED IN ATTENDANCE

### Meeting with Client

| | | | | |
|---|---|---|---|---|
| p.1 | 7/8/2011 | VPM | Meet with client, go through all records, documents, email history, with travel | 4.5 |
| p.1 | 7/8/2011 | EEK | Meet with clients at Smooth Operators, assist VPM, review documents re: finance/payoff/LL violation/lawsuit | 4 |
| | | | TOTAL: | 8.5 |

### Expert Meeting

| | | | | |
|---|---|---|---|---|
| p.7 | 12/19/2011 | SMG | Work on documents for expert witness | 1.2 |
| p.7 | 12/20/2011 | SMG | Work on documents for expert witness | 1.7 |
| p.7 | 12/22/2011 | SMG | Conference with VPM re: vehicle inspection/meeting with expert witness | 0.3 |
| p.7 | 12/22/2011 | VPM | Go through file/prepare for expert witness meeting | 0.4 |
| p.7 | 12/23/2011 | VPM | Meet with expert, John Jewell | 3.5 |
| p.7 | 12/23/2011 | SMG | Review nonconformity chart/prepare for expert witness meeting | 0.4 |
| p.7 | 12/23/2011 | SMG | Conference with expert/VPM | 3.75 |
| | | | TOTAL | 11.25 |

### Expert Meeting

| | | | | |
|---|---|---|---|---|
| p.9 | 1/26/2012 | SMG | Review depo exhibits/prepare for meeting with expert | 1.4 |
| p.9 | 1/26/2012 | SMG | Review federal rules re expert reports/outline report requirements | 0.7 |
| p.9 | 1/26/2012 | SMG | Conference with John Jewell/VPM | 3.75 |
| p.9 | 1/26/2012 | VPM | Prepare for meeting with John Jewell | 0.5 |
| p.9 | 1/26/2012 | VPM | Meet with John Jewell | 3.75 |
| | | | TOTAL | 10.1 |

## DUPLICATIVE WORK
(* indicates entries for letter preparation also listed with the task they are associated with)

### Damage Calculations/Settlement Offer

| | | | | |
|---|---|---|---|---|
| p.4 | 10/25/2011 | EEK | Review file re: damages, phone call to PACCAR financial re: payoff, calculate interest paid; draft settlement offer; letter to Attorney Fertl and affidavit of mailing | 0.75 |
| p.4 | 10/25/2011 | SMG | Work on damage calculation/settlement offer | 0.3 |
| p.4 | 10/26/2011 | VPM | Review damage calculation, phone call with client re: settlement offer, notes, discuss effects of offer | 0.4 |
| p.4 | 10/28/2011 | VPM | Telephone conference with client re: settlement offer, review settlement offer, payoff info | 0.4 |
| | | | TOTAL | 1.85 |

### Nonconformities / Repair Orders

| | | | | |
|---|---|---|---|---|
| p.2 | 8/5/2011 | SMG | Work on nonconformity chart | 1.5 |
| p.2 | 8/8/2011 | SMG | Work on nonconformity chart | 3.9 |
| p.2 | 8/9/2011 | SMG | Work on nonconformity chart | 3.7 |
| p.2 | 9/7/2011 | VPM | Review repair orders, 9/27/07-2/8/10; set up files, questions, notes on each repair order, set up collateral costs file, nonconformity file listing potential nonconformities | 4.5 |
| p.2 | 9/7/2011 | EEK | Conference with VPM, review repair orders/issues with vehicle re: oil pressure, ECM, turbo | 2 |
| p.2 | 9/15/2011 | VPM | Continue work on repair orders, questions relating to each repair order, outline of questions 7/7/10-2/9/11 | |
| p.3 | 9/16/2011 | EEK | Review file re: repair locations, create table of service locations | 0.4 |
| p.3 | 9/19/2011 | VPM | Review chart of various dealer repair attempts | 0.2 |
| p.6 | 11/22/2011 | VPM | Review correspondence from JX Peterbilt, Rockford, look at attached invoices | 0.4 |
| p.6 | 11/28/2011 | SMG | Review letter/documents from JX Peterbilt, update nonconformity chart | 1 |
| p.6 | 11/30/2011 | SMG | Update nonconformity chart | 1.4 |
| p.6 | 12/13/2011 | SMG | Update nonconformity chart re: Cummins rapid serve claims | 3.4 |
| p.6 | 12/13/2011 | VPM | Review letters for certification to dealers; sign letters | 0.4 |
| p.6 | 12/13/2011 | EEK | Certification letters to dealers - Tri State Kenworth, Sapp Bros., Pape Kenworth, Cabin Diesel, Peterbilt - Rockford; phone call to Action re: subpoena and service; prepare documents | 1 |
| p.7 | 12/15/2011 | VPM | Review certification request to Cummins | 0.2 |
| p.7 | 12/15/2011 | SMG | Work on letter/docs for certification by Cummins Inc. | 0.4 |
| p.7 | 12/15/2011 | EEK | Letter to Cummins Inc. re: certified records, prepare documents | 0.2 |
| p.7 | 1/3/2012 | VPM | Work on spreadsheet for all problems | 1.8 |
| | | | TOTAL: | 26.4 |

### Letter to Dane County

| | | | | |
|---|---|---|---|---|
| p.1 | 7/15/2011 | EEK | Letter to client; letter to Dane Co. | 0.4 |
| p.1 | 7/15/2011 | VPM | Letter to Dane County | 0.1 |

### Letter to Clerk of Court

| | | | | |
|---|---|---|---|---|
| p.2 | 7/21/2012 | VPM | Letter to clerk of court | 0.2 |
| p.2 | 7/21/2012 | EEK | Letter to Court re: Affidavit of Service | 0.2 |

### Letters to Dealers

| | | | | |
|---|---|---|---|---|
| p.4 | 10/28/2011 | SMG | Work on letters to servicing dealers | 0.7 |
| p.5 | 11/1/2011 | SMG | Work on letters to dealers | 0.25 |
| p.5 | 11/1/2011 | EEK | Prepare letters to dealers - Cobin, JX, Peterbilt, Pape, Sapp Bros., Kenworth, WI, Kenworth | 0.75 |
| p.5 | 11/1/2011 | VPM | Review letter to be sent to various dealers that performed repair work on client's vehicle | 0.3 |
| p.5 | 11/10/2011 | EEK | Letter to Cabin Diesel - new address | 0.1 |
| p.5 | 11/10/2011 | VPM | Letter to Cabin Diesel | 0.2 |

### Letter to Attorney Fertl

| | | | | |
|---|---|---|---|---|
| p.5 | 11/14/2011 | EEK | Telephone conference with Jane re: status; letter to Fertl re: disclosures; affidavit of mailing | 0.3 |
| p.5 | 11/15/2011 | VPM | Review final disclosures, sign letter, documents | 0.2 |
| | **Letter to Attorney Fertl** | | | |
| p.11 | 3/28/2012 | SMG | Letter to Attorney Fertl | 0.25 |
| p.11 | 3/28/2012 | EEK | Fertl letter re: depo dates | 0.2 |
| | **Letter to Attorney Fertl** | | | |
| p.11 | 4/7/2012 | SMG | Letter to Attorney Fertl; review federal rules | 0.4 |
| p.11 | 4/7/2012 | EEK | Letter to Fertl re: depo of PACCAR; phone call with Mary at Brown and Jones re: video conferencing | 0.3 |
| | **Letter Re: Cummins Deposition** | | | |
| p.11 | 4/9/2012 | VPM | Letter to client re: deposition | 0.2 |
| p.11 | 4/9/2012 | EEK | Letter to Smiley, letter to Kincaid re: depos | 0.4 |
| | **Letter to Attorney Fertl** | | | |
| p.11 | 4/10/2012 | EEK | Letter to Fertl re: stipulation | 0.2 |
| p.11 | 4/10/2012 | SMG | Review/proof stipulation/letter to Attorney Fertl | 0.4 |
| | **Letter to Attorney Fertl** | | | |
| p.12 | 4/20/2012 | EEK | Letter to Fertl re: stipulation | 0.2 |
| p.12 | 4/20/2012 | SMG | Letter to Attorney Fertl | 0.25 |
| | **Letter to Attorney Fertl** | | | |
| p.12 | 4/25/2012 | EEK | Letter to Fertl re: stip | 0.2 |
| p.12 | 4/25/2012 | SMG | Revise stipulation/letter to Attorney Fertl | 0.3 |
| | **Letter to Attorney Fertl** | | | |
| p.13 | 5/9/2012 | SMG | Letter to Attorney Fertl | 0.3 |
| p.13 | 5/9/2012 | EEK | Letter to Fertl re: discovery/stip | 0.2 |
| | **Letter to Attorney Fertl** | | | |
| p.13 | 5/10/2012 | EEK | Letter to Fertl re: Stip & order | 0.2 |
| p.13 | 5/10/2012 | SMG | Review/sign stipulation; letter to Attorney Fertl | 0.1 |
| | **Letter from Attorney Fertl** | | | |
| p.13 | 5/1/2012 | SMG | Letter from Attorney Fertl | 0.1 |
| p.13 | 5/1/2012 | SMG | Letter from Attorney Fertl | 0.1 |
| | **Letter to Court** | | | |
| p.17 | 8/30/2012 | EEK | Letter to court re: summary judgment response and findings of fact response | 0.2 |
| p.17 | 8/31/2012 | VPM | Letter to Court | 0.2 |
| | **Letter to Court** | | | |
| p.20 | 1/7/2013 | EEK | Letter to Judge re: hard copy of brief | 0.2 |
| p.20 | 1/7/2013 | SMG | Letter to court | 0.1 |
| | **Letter to Attorney Fertl** | | | |
| p.20 | 3/12/2013* | SMG | Letter to Attorney Fertl/revise stipulation | 0.3 |
| p.20 | 3/12/2013* | EEK | Work on stip re: damages, letter to Fertl re: stipulation | 0.7 |
| p.20 | 3/12/2013* | VPM | Review final draft of proposed stipulation, sign letter | 0.2 |
| | **Letter to Attorney Fertl** | | | |
| p.21 | 3/20/2013* | SMG | Letter to Attorney Fertl | 0.1 |
| p.21 | 3/20/2013* | SMG | Letter to Attorney Fertl | 0.2 |
| p.21 | 3/21/2013* | EEK | Letter to Fertl re: fees/costs documentation | 0.2 |
| | **Letter to Attorney Fertl** | | | |
| p.21 | 4/2/2013* | EEK | Letter to Fertl re: prejudgment interest | 0.2 |

| | | | | |
|---|---|---|---|---|
| p.21 | 4/2/2013* | SMG | Letter to Attorney Fertl | 0.75 |

**Letter to Attorney Fertl**

| | | | | |
|---|---|---|---|---|
| p.22 | 4/30/2013* | SMG | Letter to Attorney Fertl | 0.2 |
| p.22 | 4/30/2013* | EEK | Phone call to client, left voicemail for Cindy (2x); hone call with Cindy re: loan info; email from/to Cindy re: updated dates, make changes on stipulation; letter to Fertl | 0.4 |

**Notice of Deposition to PACCAR**

| | | | | |
|---|---|---|---|---|
| p.13 | 4/27/2012 | SMG | Work on notice of depo - PACCAR representative | 0.9 |
| p.13 | 4/27/2012 | EEK | Work on Notice of Depo re: PACCAR, letter to Fertl, affidavit of mailing/fax, letter to Fertl re: Smiley's testimony, work on requests for admissions, letter to Fertl | 0.9 |
| p.13 | 5/1/2012 | SMG | Review notice of depo/documents to be produced | 0.4 |
| | | | TOTAL for Letter/Dep Notices | 14.15 |

**UNNECESSARY WORK**

**Cummins Subpoena**

| | | | | |
|---|---|---|---|---|
| p.9 | 1/30/2012 | SMG | Research out of state subpoena/engine review Indiana federal rules, cummins | 1.5 |
| p.10 | 2/27/2012 | SMG | Review court rules/subpoena for Cummins | 0.8 |
| p.10 | 2/27/2012 | SMG | Telephone conference with court clerk for Southern District of Indiana | 0.2 |
| p.10 | 2/27/2012 | SMG | Work on subpoenas/attachments/notice of depo; letter to Indiana court clerk | 3.6 |
| p.10 | 2/28/2012 | SMG | Research mileage rate/POV for subpoena; work on notice of depo/subpoena; letter to clerk in IN | 0.4 |
| p.10 | 2/28/2012 | SMG | Review/proof subpoenas/notices | 0.1 |
| p.10 | 3/5/2012 | SMG | Review documents from IN district court; telephone conference with client | 0.25 |
| p.10 | 3/5/2012 | SMG | Letter to court | 0.3 |
| p.10 | 3/5/2012 | SMG | Letter to Attorney Fertl/process server | 0.1 |
| p.10 | 3/5/2012 | EEK | Letter to Clerk, Indiana re: copies; phone call to Affordable Process re: fee; phone call with Heather at Affordable Process re: fees, copies, etc. | 0.3 |
| p.10 | 3/6/2012 | SMG | Letter to Fertl re: Notice of Subpoena/Subpoena documents; letter to process server, affidavit of mailing | 0.5 |
| | | | TOTAL | 8.05 |

**Review Procedural Rules**

| | | | | |
|---|---|---|---|---|
| p.2 | 8/9/2011 | SMG | Review notices (2) from East District; review Eastern District e-filing rules; review local rules; work on disclosure/jury demand/magistrate forms/remand statutes | 3.25 |
| p.2 | 9/8/2011 | SMG | Research settlement offer/Rule 68 | 1.4 |
| p.3 | 9/27/2011 | SMG | Review Rule 26 re: initial disclosures/joint discovery plan | 1 |
| p.4 | 10/12/2011 | SMG | Review federal rules | 0.1 |
| p.4 | 10/17/2011 | SMG | Review joint pretrial report/review Rule 26/local rules | 0.2 |
| p.5 | 11/3/2011 | SMG | Review scheduling order/calendar deadlines; review federal/local rules | 0.9 |
| p.6 | 12/8/2011 | SMG | Review file/federal rules re: 3rd party discovery | 1.3 |
| p.6 | 12/12/2011 | SMG | Review federal rules re: depos/discovery; work on notice/subpoena for depo/certifications/letters | 3.3 |
| p.9 | 1/19/2012 | SMG | Work on expert witness disclosure/review federal/local rules | 1.25 |
| p.9 | 1/26/2012* | SMG | Review federal rules re expert reports/outline report requirements | 0.7 |
| p.9 | 1/30/2012* | SMG | Research out of state subpoena/engine review Indiana federal rules, cummins | 1.5 |
| p.10 | 2/27/2012* | SMG | Review court rules/subpoena for Cummins | 0.8 |
| p.11 | 5/7/2012* | SMG | Letter to Attorney Fertl; review federal rules | 0.4 |
| p.14 | 6/4/2012* | SMG | Review federal rules re: depos | 0.2 |
| p.16 | 8/2/2012 | SMG | Review defendant's summary judgment materials; federal rules | 1.2 |
| p.17 | 8/30/2012 | SMG | Review federal rules | 0.1 |
| p.18 | 12/4/2012* | SMG | Review local rules/federal rules/review defendant's motion for reconsideration | 0.9 |
| | | | TOTAL | 18.5 |

**E-Filing & Teleconference with Clerk of Court**

| | | | | |
|---|---|---|---|---|
| p.13 | 5/3/2012 | SMG | Revise stipulation/e-file with court | 0.2 |
| p.16 | 8/1/2012 | SMG | E-file summary judgment materials/telephone conference with clerk re: e-filing | 1.3 |
| p.17 | 8/30/2012 | SMG | Review notice from court/review ECF filing/telephone conference with clerk | 0.2 |
| p.18 | 9/13/2012 | SMG | E-file summary judgment reply materials | 0.3 |
| p.20 | 1/7/2013 | SMG | Review/proof reconsideration response/electronic filing | 0.4 |
| | | | TOTAL | 2.4 |