UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAMES MICHAEL LEASING COMPANY, LLC,
a Wisconsin Limited Liability Company,

      Plaintiff,

      vs.                        Case No. 11-CV-00747

PACCAR INC.,
d/b/a Kenworth Truck Company,
a foreign corporation,

      Defendant.

---

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
APPELLATE ATTORNEY FEES AND COSTS**

---

To:    Attorney Jeffrey S. Fertl
         Hinshaw & Culbertson LLP
         100 E. Wisconsin Ave., Suite 2600
         Milwaukee, WI 53202

PLEASE TAKE NOTICE that the plaintiff, James Michael Leasing Company, LLC, by its attorneys, Aiken & Scoptur, S.C., hereby moves the Court, the Honorable Lynn Adelman presiding, for an order awarding attorney fees and costs to the plaintiff pursuant to the Court of Appeals' decision and sec. 218.0171(7), Wis. Stats.

The Plaintiff's motion is based upon the pleadings and documents already on file with the Court, as well as the Memorandum in Support of Plaintiff's Motion for Appellate Attorney Fees and Costs and Affidavit of Vincent P. Megna in Support of Plaintiff's Motion for Appellate Attorney Fees and Costs submitted herewith.

Dated this 10th day of December, 2014.

        Respectfully Submitted,
        Attorneys for Plaintiff

        By: s/Susan M. Grzeskowiak
        TIMOTHY J. AIKEN
        State Bar. No. 1015763
        VINCENT P. MEGNA
        State Bar No. 1013041
        SUSAN M. GRZESKOWIAK
        State Bar No. 1031586
        Aiken & Scoptur, S.C.
        2600 N. Mayfair Rd., Suite 1030
        Milwaukee, WI 53226
        Phone No. (414) 225-0260
        Fax No. (414) 225-9666
        Email: tim@aikenandscoptur.com
            vince@aikenandscoptur.com
            susan@aikenandscoptur.com