AIKEN & SCOPTUR, S.C.
2600 NORTH MAYFAIR ROAD
SUITE 1030
MILWAUKEE, WI 53226
Telephone: (414) 225-0260
Facsimile: (414) 225-9666
Email: info@plaintiffslaw.com
www.aikenandscoptur.com

|  |  |
|---|---|
| James Michael Leasing Company<br>N3450 Hwy 14<br>P.O. Box 717<br>Darien WI 53114<br><br>Attn: Michael Smiley | Page: 1<br>12/10/2014<br>Account No: 11732-00<br>Statement No: 1 |


EXHIBIT B

### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2013 | | | | | |
| | SMG | Review billing statement/proof affidavit revisions | 345.00 | 0.20 | 69.00 |
| | SMG | Review/proof reply brief revisions | 345.00 | 0.20 | 69.00 |
| | SMG | E-file reply documents | 345.00 | 0.25 | 86.25 |
| 08/14/2013 | | | | | |
| | SMG | Review defendant's motion to strike fee reply/review local rules | 345.00 | 0.50 | 172.50 |
| 08/15/2013 | | | | | |
| | SMG | Work on response to motion to strike | 345.00 | 2.00 | 690.00 |
| 08/16/2013 | | | | | |
| | VPM | Review plaintiff's memorandum in opposition to defendant's motion to strike plaintiff's reply | 395.00 | 0.25 | 98.75 |
| 08/20/2013 | | | | | |
| | EEK | Letter to court re; copy of memorandum | 155.00 | 0.20 | 31.00 |
| | SMG | E-file response in opposition to motion to strike; letter to court | 345.00 | 0.10 | 34.50 |
| | VPM | Letter to court | 395.00 | 0.10 | 39.50 |
| 10/11/2013 | | | | | |
| | EEK | Phone call with client re: status, truck | 155.00 | 0.20 | 31.00 |
| 10/24/2013 | | | | | |
| | SMG | Review decision/order | 345.00 | 0.20 | 69.00 |
| 10/28/2013 | | | | | |
| | SMG | Telephone conference with client | 345.00 | 0.25 | 86.25 |
| 10/31/2013 | | | | | |
| | EEK | Letter to client re: order and decision | 155.00 | 0.20 | 31.00 |
| 11/13/2013 | | | | | |
| | SMG | Review defendant's brief in opposition to fees after 5/15/13 | 345.00 | 0.20 | 69.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  | VPM | Review PACCAR's brief in opposition to plaintiff's request for attorney fees after 5/15/13 | 395.00 | 0.20 | 79.00 |
| 12/02/2013 | | | | | |
|  | SMG | Review memorandum order/judgment | 345.00 | 0.20 | 69.00 |
|  | SMG | Research - time for appeal | 345.00 | 0.25 | 86.25 |
| 12/13/2013 | | | | | |
|  | SMG | Review notice of appeal/docketing statement | 345.00 | 0.20 | 69.00 |
|  | SMG | Review expedited motion/local rules/researech - superseadus//bond | 345.00 | 1.00 | 345.00 |
|  | SMG | Review letter from clerk/transmittal | 345.00 | 0.10 | 34.50 |
|  | SMG | Review docket sheet | 345.00 | 0.50 | 172.50 |
|  | SMG | Review notice of docketing from court of appeals | 345.00 | 0.10 | 34.50 |
| 12/17/2013 | | | | | |
|  | SMG | Review federal appeal rules/7th Circuit rules | 345.00 | 1.70 | 586.50 |
|  | SMG | Telephone conference with client | 345.00 | 0.40 | 138.00 |
|  | SMG | Review transcript info sheet/review disclosure statement/notices | 345.00 | 0.20 | 69.00 |
|  | SMG | Review order from Court of Appeals | 345.00 | 0.10 | 34.50 |
| 12/19/2013 | | | | | |
|  | SMG | Review amended docketing statement | 345.00 | 0.10 | 34.50 |
| 12/20/2013 | | | | | |
|  | SMG | Review notice of settlement conference | 345.00 | 0.20 | 69.00 |
|  | SMG | Review notice of briefing | 345.00 | 0.10 | 34.50 |
|  | SMG | Letter to client | 345.00 | 0.10 | 34.50 |
| 12/23/2013 | | | | | |
|  | EEK | Letter to client | 155.00 | 0.20 | 31.00 |
|  | EEK | Review file/record, compare number docs for records/copies | 155.00 | 1.00 | 155.00 |
| 12/26/2013 | | | | | |
|  | EEK | Letter to client re: judgment, notice of appeal, work on record | 155.00 | 0.60 | 93.00 |
| 12/27/2013 | | | | | |
|  | EEK | Work on record | 155.00 | 0.60 | 93.00 |
| 12/30/2013 | | | | | |
|  | SMG | Conference with VPM re: appeal/Rule 33 conference | 345.00 | 0.25 | 86.25 |
|  | SMG | Review order granting stay | 345.00 | 0.10 | 34.50 |
| 01/06/2014 | | | | | |
|  | SMG | Review notice from Court of Appeals | 345.00 | 0.20 | 69.00 |
| 01/07/2014 | | | | | |
|  | SMG | Work on disclosure statement/ECF registration/filing | 345.00 | 0.60 | 207.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/08/2014 | EEK | Work on record | 155.00 | 0.25 | 38.75 |
| 01/13/2014 | VPM | Read Notice of Rule 33 Conference; phone call with client re: conference | 395.00 | 0.30 | 118.50 |
| 01/15/2014 | SMG | Review trial court decision/order/summary judgment materials | 345.00 | 1.20 | 414.00 |
| 01/16/2014 | SMG | Review summary judgment/reconsideration materials/prepare for R33 conference | 345.00 | 3.70 | 1,276.50 |
| 01/17/2014 | VPM | Attend telephone conference with 7th Circuit w/Rocco Spagna | 395.00 | 2.50 | 987.50 |
| | SMG | Rule 33 Conference/conference with client | 345.00 | 2.70 | 931.50 |
| 02/03/2014 | VPM | Phone to Rocco Spangna, conference attorney, left message, notes | 395.00 | 0.20 | 79.00 |
| | VPM | Phone call with Rocco Spagna, notes | 395.00 | 0.20 | 79.00 |
| 02/04/2014 | VPM | Phone call with Rocco, proposal from Paccar, notes | 395.00 | 0.40 | 158.00 |
| | VPM | Go through damage calculation, interest up to date, defendant's offer 37% | 395.00 | 0.40 | 158.00 |
| | VPM | Phone call with client re: offer, notes, litigation process, mediation process, damages | 395.00 | 0.50 | 197.50 |
| | VPM | Phone call with Rocco re: settlement offer, made counter offer, notes | 395.00 | 0.20 | 79.00 |
| | SMG | Conference with VPM re: settlement offer/counteroffer | 345.00 | 0.30 | 103.50 |
| 02/14/2014 | SMG | Review order re: briefing | 345.00 | 0.10 | 34.50 |
| 03/10/2014 | VPM | Phone with Rocco, notes | 395.00 | 0.25 | 98.75 |
| | VPM | Phone call with client, notes re: counter offer | 395.00 | 0.30 | 118.50 |
| | SMG | Conference with VPM re: settlement offer | 345.00 | 0.40 | 138.00 |
| 03/21/2014 | SMG | Review appellate procedure/rules | 345.00 | 1.90 | 655.50 |
| | SMG | Review appellant's brief/appendix | 345.00 | 1.00 | 345.00 |
| | SMG | Review deficiency letter | 345.00 | 0.10 | 34.50 |
| 03/22/2014 | SMG | Work on appellee brief | 345.00 | 3.00 | 1,035.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 03/24/2014 | | | | | |
| | SMG | Work on appellee brief/outline argument | 345.00 | 3.25 | 1,121.25 |
| | SMG | Review corrected appellant's brief/compare to original appellant's brief | 345.00 | 0.60 | 207.00 |
| | SMG | Review notice of filing | 345.00 | 0.10 | 34.50 |
| 03/25/2014 | | | | | |
| | VPM | Review issues raised in defendant's brief | 395.00 | 0.30 | 118.50 |
| | SMG | Conference with VPM/TJA re: appellant's response brief | 345.00 | 0.40 | 138.00 |
| | TJA | Review brief of defendant; discussed with SMG and VPM | 490.00 | 1.00 | 490.00 |
| 04/07/2014 | | | | | |
| | SMG | Work on outline of appellate arguments | 345.00 | 0.20 | 69.00 |
| 04/08/2014 | | | | | |
| | SMG | Work on appeal response brief | 345.00 | 6.70 | 2,311.50 |
| 04/09/2014 | | | | | |
| | SMG | Work on appeal response brief | 345.00 | 7.50 | 2,587.50 |
| 04/10/2014 | | | | | |
| | SMG | Work on appeal response brief | 345.00 | 7.50 | 2,587.50 |
| 04/11/2014 | | | | | |
| | SMG | Work on appeal response brief | 345.00 | 2.40 | 828.00 |
| 04/13/2014 | | | | | |
| | TJA | Read brief; send email to SMG; review and correct brief | 490.00 | 2.25 | 1,102.50 |
| 04/14/2014 | | | | | |
| | SMG | Work on appeal response brief | 345.00 | 2.75 | 948.75 |
| | SMG | Research standard of review | 345.00 | 0.60 | 207.00 |
| 04/15/2014 | | | | | |
| | SMG | Work on appeal response brief | 345.00 | 3.30 | 1,138.50 |
| | TJA | Read brief, email revisions to SMG | 490.00 | 1.75 | 857.50 |
| 04/16/2014 | | | | | |
| | SMG | Review federal rules/7th Circuit website re: filing/brief | 345.00 | 0.40 | 138.00 |
| | SMG | Telephone conference with US Court Appeals Clerk | 345.00 | 0.10 | 34.50 |
| | SMG | Work on appeal response brief | 345.00 | 2.90 | 1,000.50 |
| | TJA | Review version #8 of brief | 490.00 | 1.50 | 735.00 |
| 04/17/2014 | | | | | |
| | SMG | Review/proof brief/tables; email draft to clerks office | 345.00 | 0.90 | 310.50 |
| | EEK | Review brief, prepare table of contents and appendix docs, review federal appeal rules | 155.00 | 1.50 | 232.50 |
| 04/18/2014 | | | | | |
| | SMG | Telephone conference with service center/efile appelle brief | 345.00 | 0.40 | 138.00 |
| | EEK | Phone call to FedEx re: brief; travel to/from FedEx (2x) re: brief | 155.00 | 0.60 | 93.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 04/21/2014 | | | | | |
| | EEK | Letter to clerk re: filing of brief, copy to Fertl | 155.00 | 0.20 | 31.00 |
| 04/24/2014 | | | | | |
| | SMG | Review order from 7th Circuit/notice | 345.00 | 0.10 | 34.50 |
| | SMG | Review local rules/telephone conference with clerk's office | 345.00 | 0.30 | 103.50 |
| | SMG | Conference with TJA, review briefs/rules | 345.00 | 0.20 | 69.00 |
| 04/28/2014 | | | | | |
| | SMG | Conference with TJA re: jurisdictional statement | 345.00 | 0.10 | 34.50 |
| 04/29/2014 | | | | | |
| | SMG | Correct/revise appellee brief | 345.00 | 0.40 | 138.00 |
| | SMG | Re-submit/efile appellee brief | 345.00 | 0.20 | 69.00 |
| 04/30/2014 | | | | | |
| | SMG | Review/proof hard copies of brief, letter to Court of Appeals | 345.00 | 0.10 | 34.50 |
| | EEK | Travel to/from Kinkos; review brief copies, letter to court, copy to Fertl; phone call to FedEx, schedule pickup | 155.00 | 0.75 | 116.25 |
| 05/02/2014 | | | | | |
| | SMG | Review notice of request for appeal record | 345.00 | 0.10 | 34.50 |
| 05/05/2014 | | | | | |
| | SMG | Review notice of oral argument | 345.00 | 0.25 | 86.25 |
| | SMG | Telephone conference with TJA re: oral argument | 345.00 | 0.20 | 69.00 |
| | SMG | Conference with VPM re: oral argument | 345.00 | 0.25 | 86.25 |
| | SMG | Review notice/reply brief | 345.00 | 0.50 | 172.50 |
| 05/06/2014 | | | | | |
| | SMG | Review notice/record filed with 7th Circuit | 345.00 | 0.70 | 241.50 |
| 05/07/2014 | | | | | |
| | SMG | Review notice of filing/brief | 345.00 | 0.10 | 34.50 |
| 05/20/2014 | | | | | |
| | VPM | Review message from client, phone call to client, left message | 395.00 | 0.10 | 39.50 |
| | VPM | Phone call with client re: hearing at 7th circuit coming up on 6/2/14, notes | 395.00 | 0.40 | 158.00 |
| | SMG | Telephone conference with court clerk | 345.00 | 0.20 | 69.00 |
| | SMG | Work on VPM disclosure statement | 345.00 | 0.10 | 34.50 |
| | SMG | Work on certificate of service/efile/notices | 345.00 | 0.30 | 103.50 |
| | EEK | Letter to client re: oral argument | 155.00 | 0.20 | 31.00 |
| | SMG | Telephone conference with court clerk | 345.00 | 0.10 | 34.50 |
| 05/22/2014 | | | | | |
| | SMG | Review notice of oral argument/rules/oral argument confirmation | 345.00 | 0.25 | 86.25 |
| | SMG | Telephone conference with 7th circuit clerk | 345.00 | 0.40 | 138.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 05/23/2014 | | | | | |
| | SMG | Review argument confirmation from defendant/efile argument confirmation | 345.00 | 0.25 | 86.25 |
| 05/27/2014 | | | | | |
| | VPM | Review defendant's reply brief | 395.00 | 0.80 | 316.00 |
| | SMG | Review email re: oral argument confirmation | 345.00 | 0.10 | 34.50 |
| 05/28/2014 | | | | | |
| | VPM | Go over issues, do outline, gather pertinent cases, conference with SMG | 395.00 | 1.50 | 592.50 |
| | SMG | Review appellate briefs/authority cited | 345.00 | 3.80 | 1,311.00 |
| | SMG | Telephone conference with 7th Circuit/email to 7th Circuit | 345.00 | 0.10 | 34.50 |
| | SMG | Conference with VPM re: oral argument | 345.00 | 1.60 | 552.00 |
| 05/29/2014 | | | | | |
| | VPM | Read, highlight key holdings of Court, summary judgment decision | 395.00 | 1.25 | 493.75 |
| | VPM | Review reconsideration motion, notes | 395.00 | 0.50 | 197.50 |
| | VPM | Review appellate brief, notes, list of arguments, prepare for argument | 395.00 | 2.25 | 888.75 |
| | SMG | Review appeal brief/appeal record/notes | 345.00 | 3.40 | 1,173.00 |
| 05/30/2014 | | | | | |
| | VPM | Review various issues, read various cases, Marquez I, Church, Riley, Hughes, notes | 395.00 | 2.00 | 790.00 |
| | VPM | Go through moot argument | 395.00 | 1.75 | 691.25 |
| | VPM | Prepare for argument, review plaintiff's response brief, case law | 395.00 | 0.25 | 98.75 |
| | SMG | Conference with VPM re: oral argument | 345.00 | 1.70 | 586.50 |
| 05/31/2014 | | | | | |
| | VPM | Prepare for argument | 395.00 | 4.50 | 1,777.50 |
| 06/01/2014 | | | | | |
| | VPM | Prepare for argument | 395.00 | 2.00 | 790.00 |
| 06/02/2014 | | | | | |
| | VPM | Argument at 7th Circuit with train travel | 395.00 | 6.75 | 2,666.25 |
| | SMG | Travel to train station | 345.00 | 0.40 | 138.00 |
| | SMG | Travel to Chicago/wait time/oral argument/travel from Chicago | 345.00 | 6.75 | 2,328.75 |
| | SMG | Travel from train station | 345.00 | 0.40 | 138.00 |
| 07/16/2014 | | | | | |
| | SMG | Letter to client | 345.00 | 0.10 | 34.50 |
| | EEK | Work on fee assignment to client | 155.00 | 0.20 | 31.00 |
| 07/18/2014 | | | | | |
| | VPM | Review Order from Court; conference with legal assistant | 395.00 | 0.20 | 79.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 07/21/2014 | | | | | |
| | EEK | Letter to client re: assignment of fees | 155.00 | 0.20 | 31.00 |
| 10/22/2014 | | | | | |
| | EEK | Phone call with client | 155.00 | 0.10 | 15.50 |
| 12/01/2014 | | | | | |
| | VPM | Phone call with client re: decision, notes | 395.00 | 0.20 | 79.00 |
| | VPM | Phone call with client, phone call with Cindy re: payoff of the loan on the truck | 395.00 | 0.25 | 98.75 |
| | VPM | Work on damages, breakdown of interest, amount due client | 395.00 | 1.50 | 592.50 |
| | SMG | Review decision of Court of Appeals/final judgment | 345.00 | 0.40 | 138.00 |
| | EEK | Conference with VPM, calculate damages | 155.00 | 2.00 | 310.00 |
| 12/02/2014 | | | | | |
| | SMG | Research execution on judgment/bond | 345.00 | 0.25 | 86.25 |
| | SMG | Review local/federal rules re: costs | 345.00 | 0.40 | 138.00 |
| | SMG | Review local/federal rules re: motion/petition for rehearing | 345.00 | 0.50 | 172.50 |
| | SMG | Work on bill of costs/review costs | 345.00 | 0.40 | 138.00 |
| | SMG | Work on motion for clarification | 345.00 | 0.60 | 207.00 |
| | EEK | Work on Bill of Costs; emails to/from Cathy re: costs/receipts; review receipts, add to Bill of Costs | 155.00 | 0.50 | 77.50 |
| | EEK | Letter to court of appeals re: motion for clarification | 155.00 | 0.20 | 31.00 |
| 12/03/2014 | | | | | |
| | SMG | E-file motion for clarification/bill of costs/letter to Court | 345.00 | 0.40 | 138.00 |
| 12/08/2014 | | | | | |
| | EEK | Letter to Fertl re: judgment | 155.00 | 0.20 | 31.00 |
| | SMG | Conference with VPM to review interest of judgment | 345.00 | 0.70 | 241.50 |
| | SMG | Letter to Fertl/verify calculations of amounts due | 345.00 | 0.80 | 276.00 |
| | VPM | Review letter to Attorney Fertl | 395.00 | 0.20 | 79.00 |
| 12/09/2014 | | | | | |
| | SMG | Review appellate/local rules re: motion for attorney fees/remand | 345.00 | 0.30 | 103.50 |
| | SMG | Research petition for appellate attorney fees | 345.00 | 2.80 | 966.00 |
| | SMG | Review order denying motion for clarification | 345.00 | 0.10 | 34.50 |
| 12/10/2014 | | | | | |
| | SMG | Work on motion for appellate attorney fees; E-file | 345.00 | 4.50 | 1,552.50 |
| | VPM | Review draft of fee petition brief, work on Affidavit of VPM, review attachments | 395.00 | 1.20 | 474.00 |
| | EEK | Work on Notice of Motion Appellate Fees; draft Affidavit of VPM; work on costs detail, prepare exhibits/fees | 155.00 | 1.00 | 155.00 |
| | | For Current Services Rendered | | 151.40 | 52,789.50 |

Timekeeper Recap

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Timothy J. Aiken | 6.50 | $490.00 | $3,185.00 |

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Vincent P. Megna | 33.70 | 395.00 | 13,311.50 |
| Susan M. Grzeskowiak | 100.30 | 345.00 | 34,603.50 |
| Erin E. Kandziora | 10.90 | 155.00 | 1,689.50 |
| Total Current Work | | | 52,789.50 |